UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

(Fla. Cir. Ct. Case No.16-4852 CA 01)

MARIA DEL CARMEN MONTEFU ACOSTA,
as Personal Representative of the Estate
of MAYKEL ANTONIO BARRERA, deceased

    Plaintiffs,

v.

OFFICER LUIS GOMEZ, OFFICER LAWRENCE
BALLESTEROS, OFFICER JORGE FERRER,
OFFICER CYNTHIA MEAD, OFFICER GIOVANNI
RODRIGUEZ, OFFICER ENRIQUE NORIEGA,
SERGEANT MIGUEL MALDONADO, MIAMI-DADE
COUNTY, MIAMI-DADE COUNTY POLICE
DEPARTMENT, OFFICERS JOHN DOE, and
J.D. PATTERSON, JR.

    Defendants.
_____/

## NOTICE OF REMOVAL

    Pursuant to 28 U.S.C. §§ 1441(a) and (b) and 1446, Miami-Dade County, Enrique Noriega, Jorge Ferrer, Lawrence Ballesteros, Miguel Maldonado, Cynthia Mead, Giovanni Rodriguez, Luis Gomez and J. D. Patterson, Jr. ("Defendants"), file this Notice of Removal and remove this action to the United States District Court for the Southern District of Florida, based on the facts set forth below:

    1.    The County was served with a copy of the Complaint or on about July 7, 2016. The named individual officers were served on various dates from June 28, 2016 to July 5, 2016.

    2.    The Complaint alleges that Miami-Dade Police Department officers deprived Plaintiff of his rights under the Fourth Amendment of the Constitution of the United States. See Compl. ¶¶ 1; 39-91 (Counts I through IX, advancing claims pursuant to 42 U.S.C. §1983).

Therefore, this Court has original jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, and the action is therefore removable pursuant to 28 U.S.C. § 1441(a) and (b).

3. In addition to the federal claims, the Complaint asserts state law claims (Counts X and XI). This Court has supplemental jurisdiction over these claims pursuant to 28 U.S.C. § 1367, and the action is therefore removable under § 1441(a) and (b).

4. Venue is proper in this District and Division because the alleged actions took place within Miami-Dade County, Florida.

5. All named and properly-served defendants consent to the removal of this case.

6. Copies of the papers filed in state court are attached as Exhibit "A."

7. Defendants have filed no papers with the Clerk of the State Court.

8. Written notice of the removal of this action is being provided to Plaintiff, and a copy of this Notice of Removal is being filed with the Clerk of the State Court.

WHEREFORE, Defendants respectfully request that this Court accept and retain removal jurisdiction over this action.

RESPECTFULLY SUBMITTED,

ABIGAIL PRICE-WILLIAMS
MIAMI-DADE COUNTY ATTORNEY
Stephen P. Clark Center
111 Northwest First Street, Suite 2810
Miami, FL 33128

By: /s/ *Bernard Pastor*
    Bernard Pastor
    Assistant County Attorney
    Florida Bar No. 0046582
    Telephone: (305) 375-5151
    Facsimile: (305) 375-5611
    Email: pastor@miamidade.gov

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing was sent by <u>U.S. Mail</u> on this 28th day of July, 2016, to all parties on the attached service list.

                                              /s/ *Bernard Pastor*
                                              Bernard Pastor
                                              Assistant County Attorney

## SERVICE LIST

James C. Robertson
Gaebe, Mullen, Antonelli & Dimatteo
420 South Dixie Highway, 3rd Floor
Coral Gables, FL  33146
***Counsel for Plaintiff***