

**Miami-Dade County**
**Medical Examiner Department**
Number One on Bob Hope Road
Miami, FL 33136
Phone (305) 545-2400 Fax (305) 545-2418



| | | | |
|---|---|---|---|
| **BARRERA, Maykel** | | | **ME CASE #:**2014-00592 |

1976 · · · · · · · 37 Years · · · · · White · · · · Male · · · · · · · · · · · **DATE:**02/28/2014

**12140 SW 202 Street  3109 , Miami, FL,** · · · · · · · · · · · · · · · · · · · **TYPE:**ME

**PLACE OF DEATH:** Jackson Health Systems

**Time of Death:** · · · · · · · · · · · · · · · · · 28-Feb-2014   7:55 am

**Investigating Agency:** Miami-Dade Police Department · · · · · · pd140227076069 · · · · Det. Segovia

**Incident Location:** · · · SW 204 St & SW 122  AVE  , Miami, FL

**Incident Date / Time:** 2/27/2014  11:04:00PM · · · · · · **Scene Dr.:**

TERMINAL EVENT: According to the next of kin, the decedent was inside his residence with his mother, when this incident occurred.  The decedent became aggressive and abusive to his mother.  His family called police who used a taser gun.  The decedent fled from the residence.  Two blocks away, the decedent was placed under arrest by police.

According to initial police report: At 11:04pm Miami-Dade Police Department officers made contact with the decedent at his residence in reference to a dispute.  The decedent became combative with the officers.  The decedent then fled and ran approximately 2 blocks (SW 204 St and SW 122 Avenue) away where he again was combative and battered police officers.  The decedent was physically subdued by officers and taken into custody.  He was transported to Jackson South Community Hospital ER (MRN 1638171) and subsequently transferred to Jackson Health System-Ryder Trauma Center.  He was pronounced deceased at 7:55am.  The decedent used cocaine, in the past and possibly at the time of this incident.  The decedent was positively identified by MDPD by his driver's license.

Per Miami-Dade Fire Rescue (Alarm # 4042824), on arrival, the decedent was restrained with taser electrodes still attached and police were struggling to get him into the back of their police car.  After he was placed in the car, he was evaluated.  During initial treatment, he was uncooperative and moving.  He kept removing the oximetry meter and he was sweaty causing the electrodes not to attach properly.  He was moved from a prone position to a left lateral recumbent position and evaluation continued.  While rescue personnel were present he went into respiratory arrest and was removed from the back of the police car with the assistance of police officers and cardiopulmonary resuscitation efforts were started.  The cardiac monitor showed asystole.  During transport, his cardiac rhythm was noted as ventricular fibrillation and resuscitation efforts continued.

According to Jackson Health System records, the decedent arrived post cardiac arrest with significant evidence of trauma to the body.  He developed a v-fib arrest, was shocked, and intubated, as he arrived to emergency room.  He

**Cause of Death:** Cocaine and alpha-Pyrrolidinopentiophenone Toxicity

· · · · · · · · · · **Due To:**

· · · · · · · · · · **Due To:**

· · · · · · · · · · **Due To:**

**Contributory Cause:**

**Manner:** Accident · · · · · · · · · · · Autopsy · · · · · · · 03/01/2014 · · · · · · · **Doctor:** Shuman, Mark MD

**Mortuary:** VIOR FUNERAL HOME · · · · · · · · · · · · · · · · · · · · · · · **Investigator:** Ledesma, Yvonne

THIS REPORT MAY CONTAIN NON-VERIFIED INFORMATION AND
IS SUBJECT TO CHANGE · · · · · · · · · · · · · · · · · · · · · · 09/10/2014

**Miami-Dade County**
**Medical Examiner Department**
Number One on Bob Hope Road
Miami, FL 33136
Phone (305) 545-2400  Fax (305) 545-2418



**BARRERA, Maykel**

█████ 1976                     37 Years          White      Male

**ME CASE #:2014-00592**

**DATE:**02/28/2014

**TYPE:**ME

12140 SW 202 Street 3109 , Miami, FL,

PLACE OF DEATH: Jackson Health Systems

Time of Death:                    28-Feb-2014  7:55 am

Investigating Agency: Miami-Dade Police Department          pd140227076069     Det. Segovia

Incident Location:    SW 204 St & SW 122  AVE  , Miami, FL

Incident Date / Time: 2/27/2014 11:04:00PM        Scene Dr.:

arrived, hypotensive on double pressors, and was extremely acidotic.  His blood pressure 102/60.  He was unresponsive and a ct scan noted subdural bleed with shift to the left.  His condition deteriorated and his family signed a Do Not Resuscitate Order.  He was pronounced deceased at 7:55am, on February 28th, 2014.

MEDICAL HISTORY: According to the family, the decedent shot himself in the head when he was 17 years old, by accident.  He was treated at Jackson Health System in the past.  The decedent fully recovered from the incident.  He did not use any medical equipment for ambulatory assistance.  The decedent did not suffer with depression and had never expressed any suicidal ideations nor, made an attempt to commit suicide.

MEDICATIONS: None

SOCIAL HISTORY: According to the family, the decedent was born in Cuba and immigrated to the USA over 32 years ago.  He never married and had no children.  He lived with his fiancé.  He was known to smoke tobacco products (1ppd), and occasionally drank alcoholic beverages.  He was also known to indulge in the use of illegal drugs (cocaine) and possibly prescription pills (unknown type).  He was a self-employed construction laborer.

IDENTIFICATION:  Method:   Drivers license

By: MDPD                              Relationship:   Law Enforcement

**Refiled Date: 09/10/2014**

**Cause of Death:**Cocaine and alpha-Pyrrolidinopentiophenone Toxicity

        Due To:

        Due To:

        Due To:

**Contributory Cause:**

**Manner:** Accident           Autopsy        03/01/2014          **Doctor:**Shuman, Mark MD

**Mortuary:** VIOR FUNERAL HOME                          **Investigator:** Ledesma, Yvonne

THIS REPORT MAY CONTAIN NON-VERIFIED INFORMATION AND          09/10/2014
IS SUBJECT TO CHANGE

# DEATH RECORD MEDICAL INFORMATION SHEET

**NG NUMBER:** 2014031998                    **DATE:** September 10, 2014

### DENT INFORMATION
E:   MAYKEL   ANTONIO   BARRERA

DATE OF DEATH:   February 28, 2014          SEX:   MALE           AGE:  037  YEARS
DATE OF BIRTH:   ████ 1976                  SSN:  ███-9218        BIRTHPLACE:  CUBA

## PLACE OF DEATH
PLACE WHERE DEATH OCCURRED:  EMERGENCY ROOM/OUTPATIENT
FACILITY NAME OR STREET ADDRESS:  JACKSON HEALTH SYSTEMS
LOCATION OF DEATH:   MIAMI, MIAMI-DADE COUNTY, 33136

## FUNERAL HOME AND DISPOSITION INFORMATION
NAME OF FUNERAL DIRECTOR:    JORGE E. RIVERO
FUNERAL FACILITY:  VIOR FUNERAL HOME F041403          PHONE NUMBER: 3056433131
                   291 NW 37TH AVE
                   MIAMI, FLORIDA  33125
METHOD OF DISPOSITION  CREMATION          MEDICAL EXAMINER APPROVAL NUMBER:  2014-0592

## CERTIFIER AND ATTENDING PHYSICIAN INFORMATION
CERTIFYING PHYSICIAN:  MARK J SHUMAN
ATTENDING PHYSICIAN:
ME CASE NUMBER:   141100592                    CERTIFIER'S LICENSE NUMBER: ME78012

## CAUSE OF DEATH AND INJURY INFORMATION
TIME OF DEATH:  0755          MANNER OF DEATH:  ACCIDENT
CAUSE OF DEATH - PART I -  and Approximate Interval: Onset to Death:          APPROXIMATE INTERVAL
a   COCAINE AND ALPHA-PYRROLIDINOPENTIOPHENONE TOXICITY          MINUTES

b

c

d

PART II - Other significant conditions contributing to death but not resulting in the underlying cause given in PART I:


WAS AN AUTOPSY PERFORMED? YES          WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH?   YES
IF SURGERY MENTIONED IN PART I OR II, REASON FOR SURGERY:


DATE OF SURGERY:          DID TOBACCO USE CONTRIBUTE TO DEATH?  NO
IF FEMALE:   NOT APPLICABLE
DATE OF INJURY:    February 27, 2014          TIME OF INJURY (24 hr): 2304          INJURY AT WORK? NO
LOCATION OF INJURY    SW 204 STREET & SW 122 AVENUE
                      MIAMI, FLORIDA  33177
DESCRIBE HOW INJURY OCCURRED:
Decedent used cocaine and alpha-pyrrolidinopentiophenone and struggled with police.


PLACE OF INJURY:  STREET
IF TRANSPORTATION INJURY,  Status of Decedent:          Type of Vehicle:

**MIAMI-DADE COUNTY**
**MEDICAL EXAMINER DEPARTMENT**
Number One on Bob Hope Road
Miami, FL 33136
Phone (305) 545-2400  Fax (305) 545-2418

**MIAMI-DADE**
**COUNTY**

## CLASSIFICATION OF PENDING CASE

M.E. Case # 2014-00592

Maykel BARRERA

**CAUSE OF DEATH:**   Cocaine and alpha-Pyrrolidinopentiophenone Toxicity

**MANNER OF DEATH:**   Accident

**HOW INJURY OCCURRED:**  Decedent used cocaine and alpha-pyrrolidinopentiophenone and struggled with police.

**RATIONALE FOR CLASSIFICATION:**

The decedent was a 37 year old male who had a history of substance abuse and a remote, accidental gunshot wound of his head from which he had no deficits. The evening of February 27, 2014, his mother became concerned about him, because she hadn't heard from him for a couple of days. She called his girlfriend to help her find him. His girlfriend picked up his mother and they went to a gas station where the coincidentally found him. He was driving in circles in his car and acting paranoid. She and his girlfriend then went to his residence. He arrived at approximately 10:00-10:30 p.m. and was acting very paranoid and became aggressive and abusive towards his mother. He then begged for forgiveness and told her he had "smoked 10 rocks." When he went into the bedroom, his mother told his girlfriend to call the police. He heard her on the phone and got more agitated, and the police arrived quickly. The responding officers made contact with him at approximately 11:04 p.m. He became combative with the officers and ran from the residence. The police chased him and he was apprehended after a violent struggle, including the use of an electronic control device. Fire Rescue arrived at 11:27 p.m. and found the decedent was restrained, still had probes from the electronic control device attached to his body, and the police were struggling to put him in their squad car. After they placed him in the squad car, Fire Rescue personnel asked if he could be removed, but they declined for safety reasons. He was evaluated in the car, was uncooperative and moving, and was found to have a GCS of 13 and vital signs (P 88, BP 140/P, RR 20), and he was moved from a prone to a left lateral recumbent position for further evaluation. He then suffered cardiorespiratory arrest with an initial rhythm of asystole at 11:36 p.m. He was removed from the car and CPR was started and he was transported to Jackson South Community Hospital Emergency Department. During transport, ACLS medications resulted in ventricular fibrillation and he was unsuccessfully defibrillated. Upon arrival to the hospital at 11:58 p.m., he was unresponsive, in PEA, and noted to have multiple bruises on his flanks and probe marks on his chest and back. His heart was resuscitated at 12:08 a.m. and he was found to have a severe metabolic acidosis. A CT scan of his head revealed "trace subdural hematoma," a "sub-cm hemorrhagic contusion in the left parietal lobe," "effacement of the bilateral cortical sulci and gyri, concerning for edema or diffuse global anoxic injury," and "mild mass effect upon the right cerebral hemisphere with minimal midline shift measuring 3 mm." A CT scan of the cervical spine revealed "mild to moderate right upper to mid neck hematoma and/or subcutaneous edema" and no osseous abnormalities. A CT scan of his abdomen revealed "no visceral organ injury," "moderate left anterolateral abdominal wall hematoma and/or subcutaneous edema with mild extension involving the left flank region," "moderate right renal hematoma and/or subcutaneous edema," "mild bilateral groin subcutaneous edema and/or hematoma with right femoral approach catheter noted," and "consolidative left basilar infiltrates concerning for developing aspiration pneumonia or contusions." Cocaine & metabolites and cannabinoids were presumptively identified in a drug screen. He was transferred to Jackson Memorial Hospital for further treatment on February 28, 2014, at 5:10 a.m. He arrived at JMH at 5:30 a.m. and was found to be unresponsive, hemodynamically unstable, had multiple contusions, and was clinically coagulopathic and bleeding from multiple sites. He remained unstable, he was placed on DNR, and expired at 7:55 a.m.

The autopsy revealed a well-developed, muscular male who had multiple abrasions and contusions of his head, neck, torso and extremities, some of which extended into skeletal muscle; hemorrhages in the soft tissues and anterior muscles of his neck; puncture wounds of left anterior chest, left lateral chest, and left side of the abdomen, consistent with a conducted energy device probes; cardiomegaly (580 grams) and cardiac dilatation; pulmonary congestion and edema; hepatic congestion; slight nephrosclerosis; cerebral edema; cholesterolosis of the gallbladder; and small bilateral pleural effusions and ascites.

Microscopic examination revealed foci of perivascular hemorrhage in myocardium, changes consistent with asthma without mucous plugging in the lungs, minimal hepatic steatosis and foci of nonspecific portal inflammation, and no significant pathologic changes in the kidney. Skin from the left lateral chest and left side of the abdomen had intradermal



MIAMI-DADE COUNTY
MEDICAL EXAMINER DEPARTMENT
Number One on Bob Hope Road
Miami, FL 33136

Phone (305) 545-2400  Fax (305) 545-2418

## CLASSIFICATION OF PENDING CASE

MIAMI-DADE
COUNTY

**M.E. Case #  2014-00592**

Maykel BARRERA

and subcutaneous hemorrhage with foci of acute inflammation.  Skin from the left upper chest had focal epidermal disruption with nuclear pyknosis and streaming, and foci of intradermal and subcutaneous hemorrhage with foci of acute inflammation.  Hemorrhage was identified in sections of the right and left sternocleidomastoid muscles, right and left sternohyoid muscles, and left sternothyroid muscle.

Neuropathology examination revealed a normal brain with hypoxic/ischemic changes in the cerebellum.

Toxicology testing revealed cocaine in antemortem blood and urine; cocaethylene in urine, but not antemortem blood; benzoylecgonine in antemortem blood (2.4 mg/L) and urine; ethylecgonine in antemortem blood; methylecgonidine in antemortem blood and urine; methylecgonine in antemortem blood; alpha-PVP in iliac vein blood (0.018 mg/L), antemortem blood, and urine; levamisole in antemortem blood and urine; and naproxen in urine.  No volatiles were detected in antemortem blood or iliac vein blood, and no amphetamines barbiturates, benzodiazepines, opiates, oxycodone, phencyclidine, or salicylates were detected in urine.  Toxicology testing by the United States Drug Testing Laboratories revealed cocaine (2.366 mg/kg), benzoylecgonine (2.883 mg/kg), cocaethylene (0.00878 mg/kg), cannabinoids, and carboxy-THC (0.003573) in brain.  Amphetamines, opiates, PCP, and designer stimulants were not detected in brain.

Neurochemical testing of the brain revealed decreased levels of the dopamine transporter protein and elevated expression of heat shock protein 70, which is consistent with what has been reported in cases of excited delirium syndrome.

The decedent used cocaine and alpha-pyrrolidinopentiophenone, both of which are central nervous system stimulants, became paranoid and aggressive, ran from and was involved in a violent struggle with police, and then suddenly became unresponsive while being evaluated by paramedics.  Neurochemical testing of his brain is consistent with what has been reported in excited delirium syndrome, but he was not in a state of delirium when the police were called. He was paranoid and aggressive, but communicating with his mother and girlfriend.  Since he was not in a state of excited delirium immediately prior to the struggle with police, the best explanation for his death is cocaine and alpha-pyrrolidinopentiophenone toxicity.  Based upon the circumstances as currently known, the manner of death is accident.

_[signature]_
**Approved By**

9/8/2014
**DATE**

_[signature]_
**Shuman, Mark MD**
**Associate Medical Examiner**

9/8/14
**DATE**

(THIS FORM IS TO BE USED BY A MEDICAL EXAMINER WHEN A PENDING CASE IS TO BE CLASSIFIED. MAKE CERTAIN THAT THERE IS AN APPROVAL BY EITHER THE CHIEF OR DEPUTY CHIEF MEDICAL EXAMINER BEFORE COMPLETING THE NECESSARY FORMS AND CERTIFICATES REQUIRED BY THE STATE.

### Miami-Dade County
### Medical Examiner Department
Number One on Bob Hope Road
Miami, FL 33136
Phone (305) 545-2400  Fax (305) 545-2418



**BARRERA, Maykel**

1976               37 Years          White          Male

**12140 SW 202 Street  3109 , Miami, FL,**

**PLACE OF DEATH:** Jackson Health Systems

**Time of Death:**               28-Feb-2014  7:55 am

**Investigating Agency:** Miami-Dade Police Department        pd140227076069        Det. Segovia

**Incident Location:**   SW 204 St & SW 122  AVE  , Miami, FL

**Incident Date / Time:** 2/27/2014  11:04:00PM        **Scene Dr.:**

**ME CASE #:2014-00592**

**DATE:**02/28/2014

**TYPE:**ME

---

TERMINAL EVENT: According to the next of kin, the decedent was inside his residence with his mother, when this incident occurred.  The decedent became aggressive and abusive to his mother.  His family called police who used a taser gun.  The decedent fled from the residence.  Two blocks away, the decedent was placed under arrest by police.

According to initial police report: At 11:04pm Miami-Dade Police Department officers made contact with the decedent at his residence in reference to a dispute.  The decedent became combative with the officers.  The decedent then fled and ran approximately 2 blocks (SW 204 St and SW 122 Avenue) away where he again was combative and battered police officers.  The decedent was physically subdued by officers and taken into custody.  He was transported to Jackson South Community Hospital ER (MRN 1638171) and subsequently transferred to Jackson Health System-Ryder Trauma Center.  He was pronounced deceased at 7:55am.  The decedent used cocaine, in the past and possibly at the time of this incident.  The decedent was positively identified by MDPD by his driver's license.

Per Miami-Dade Fire Rescue (Alarm # 4042824), on arrival, the decedent was restrained with taser electrodes still attached and police were struggling to get him into the back of their police car.  After he was placed in the car, he was evaluated.  During initial treatment, he was uncooperative and moving.  He kept removing the oximetry meter and he was sweaty causing the electrodes not to attach properly.  He was moved from a prone position to a left lateral recumbent position and evaluation continued.  While rescue personnel were present he went into respiratory arrest and was removed from the back of the police car with the assistance of police officers and cardiopulmonary resuscitation efforts were started.  The cardiac monitor showed asystole.  During transport, his cardiac rhythm was noted as ventricular fibrillation and resuscitation efforts continued.

According to Jackson Health System records, the decedent arrived post cardiac arrest with significant evidence of trauma to the body.  He developed a v-fib arrest, was shocked, and intubated, as he arrived to emergency room.  He

**Cause of Death:**Pending Further Studies and Investigation

                    **Due To:**

                    **Due To:**

                    **Due To:**

**Contributory Cause:**

**Manner:** Pending          Autopsy          03/01/2014          **Doctor:**Shuman, Mark MD

**Mortuary:** VIOR FUNERAL HOME                    **Investigator:** Ledesma, Yvonne

THIS REPORT MAY CONTAIN NON-VERIFIED INFORMATION AND
IS SUBJECT TO CHANGE                                   03/07/2014



**Miami-Dade County**
**Medical Examiner Department**
Number One on Bob Hope Road
Miami, FL 33136
Phone (305) 545-2400  Fax (305) 545-2418



**BARRERA, Maykel**                                    ME CASE #:2014-00592

███  1976          37 Years        White       Male        DATE:02/28/2014

**12140 SW 202 Street  3109 , Miami, FL,**                           TYPE:ME

PLACE OF DEATH: Jackson Health Systems

Time of Death:                        28-Feb-2014  7:55 am

Investigating Agency: Miami-Dade Police Department        pd140227076069      Det. Segovia

Incident Location:   SW 204 St & SW 122  AVE  , Miami, FL

Incident Date / Time: 2/27/2014  11:04:00PM          Scene Dr.:

---

arrived, hypotensive on double pressors, and was extremely acidotic.  His blood pressure 102/60.  He was unresponsive and a ct scan noted subdural bleed with shift to the left.  His condition deteriorated and his family signed a Do Not Resuscitate Order.  He was pronounced deceased at 7:55am, on February 28th, 2014.

MEDICAL HISTORY: According to the family, the decedent shot himself in the head when he was 17 years old, by accident.  He was treated at Jackson Health System in the past.  The decedent fully recovered from the incident.  He did not use any medical equipment for ambulatory assistance.  The decedent did not suffer with depression and had never expressed any suicidal ideations nor, made an attempt to commit suicide.

MEDICATIONS: None

SOCIAL HISTORY: According to the family, the decedent was born in Cuba and immigrated to the USA over 32 years ago.  He never married and had no children.  He lived with his fiancé.  He was known to smoke tobacco products (1ppd), and occasionally drank alcoholic beverages.  He was also known to indulge in the use of illegal drugs (cocaine) and possibly prescription pills (unknown type).  He was a self-employed construction laborer.

IDENTIFICATION:  Method:   Drivers license

By: MDPD                              Relationship:  Law Enforcement

Cause of Death:Pending Further Studies and Investigation

Due To:

Due To:

Due To:

Contributory Cause:

Manner: Pending                  Autopsy          03/01/2014            Doctor:Shuman, Mark MD

Mortuary: VIOR FUNERAL HOME                          Investigator: Ledesma, Yvonne

THIS REPORT MAY CONTAIN NON-VERIFIED INFORMATION AND
IS SUBJECT TO CHANGE                                        03/07/2014

# DEATH RECORD MEDICAL INFORMATION SHEET

KING NUMBER: 2014031998

**DATE: March 6, 2014**

## CEDENT INFORMATION

NAME:   MAYKEL  ANTONIO  BARRERA

DATE OF DEATH:   February 28, 2014       SEX:   MALE       AGE:  037  YEARS
DATE OF BIRTH:   ████ 1976              SSN:   ████9218      BIRTHPLACE:  CUBA

## PLACE OF DEATH

PLACE WHERE DEATH OCCURRED:  EMERGENCY ROOM/OUTPATIENT
FACILITY NAME OR STREET ADDRESS:  JACKSON HEALTH SYSTEMS
LOCATION OF DEATH:  MIAMI, MIAMI-DADE COUNTY

## FUNERAL HOME AND DISPOSITION INFORMATION

NAME OF FUNERAL DIRECTOR:   JORGE E. RIVERO
FUNERAL FACILITY:   VIOR FUNERAL HOME F041403
                    291 NW 37TH AVE
                    MIAMI, FLORIDA  33125

PHONE NUMBER: 3056433131

METHOD OF DISPOSITION   CREMATION          MEDICAL EXAMINER APPROVAL NUMBE  2014-0592

## CERTIFIER AND ATTENDING PHYSICIAN INFORMATION

CERTIFYING PHYSICIAN:   MARK J SHUMAN
ATTENDING PHYSICIAN:
ME CASE NUMBER:   141100592          CERTIFIER'S LICENSE NUMBER:  ME78012

## CAUSE OF DEATH AND INJURY INFORMATION

TIME OF DEATH:  0755       PROBABLE MANNER OF DEATH:  PENDING INVESTIGATION

CAUSE OF DEATH - PART I -  and Approximate Interval:  Onset to Death:                                    UNKNOWN

a   PENDING FURTHER STUDIES AND INVESTIGATION

b

c

d

PART II - Other significant conditions contributing to death but not resulting in the underlying cause given in PART I:

WAS AN AUTOPSY PERFORMED? **YES**          WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH?   **NO**
IF SURGERY MENTIONED IN PART I OR II, REASON FOR SURGERY:

DATE OF SURGERY:          DID TOBACCO USE CONTRIBUTE TO DEATH?  **NO**
IF FEMALE, WAS SHE PREGNANT WITHIN THE PAST YEAR?          **NOT APPLICABLE**

DATE OF INJURY:          TIME OF INJURY (24 hr):          INJURY AT WORK?
LOCATION OF INJURY

DESCRIBE HOW INJURY OCCURRED:

PLACE OF INJURY:
IF TRANSPORTATION INJURY,  Status of Decedent:          Type of Vehicle:

# DEATH RECORD FAMILY REVIEW SHEET

CKING NUMBER: 2014031998                                        DATE: March 6, 2014

## DECEDENT INFORMATION

NAME: **MAYKEL   ANTONIO   BARRERA**

DATE OF DEATH: **February 28, 2014**          SEX: **MALE**          AGE: **037  YEARS**
DATE OF BIRTH: ▮▮▮, 1976                      SSN: ▮▮-9218
BIRTHPLACE: **CUBA**

## PLACE OF DEATH INFORMATION

PLACE WHERE DEATH OCCURRED:    **EMERGENCY ROOM/OUTPATIENT**
FACILITY NAME OR STREET ADDRESS:    **JACKSON HEALTH SYSTEMS**
LOCATION OF DEATH:  **MIAMI, MIAMI-DADE COUNTY**

## SURVIVING SPOUSE AND DECEDENT'S RESIDENCE INFORMATION

MARITAL STATUS:    **NEVER-MARRIED**
SPOUSE:  **NONE**
RESIDENCE:  **26225 SW 139 COURT**
                      **HOMESTEAD, FLORIDA, UNITED STATES  33032**          COUNTY: **MIAMI-DADE**

## DECEDENT'S HISTORY INFORMATION

OCCUPATION, INDUSTRY: **MANAGER, CLEANING COMPANY**
RACE:   _X_ White        ___Black or African American      ___Asian Indian      ___Chinese      ___Filipino      ___Native Hawaiian
___American Indian or Alaskan Native--Tribe:                              ___Japanese      ___Korean      ___Vietnamese
___Guamian or Chamorro              ___Samoan            ___Other Pacific Isl:
___Other Asian:                                               ___Other:                                          ___Unknown
HISPANIC OR HAITIAN ORIGIN  **YES, CUBAN**
EDUCATION: **HIGH SCHOOL GRADUATE OR GED**          EVER IN U.S. ARMED FORCES? **NO**

## PARENTS AND INFORMANT INFORMATION

FATHER:  **NARCISO   RENE   BARRERA**
MOTHER:  **MARIA   DEL CARMEN   MONTEFU**
INFORMANT:  **MARIA   DEL CARMEN   MONTEFU**
RELATIONSHIP TO DECEDENT:  **MOTHER**
INFORMANT'S ADDRESS:  **26225 SW 139 COURT**
                                  **HOMESTEAD, FLORIDA, UNITED STATES  33032**

## PLACE OF DISPOSITION AND FUNERAL FACILITY INFORMATION

PLACE OF DISPOSITION:  **FLORIDA CREMATIONS SERVICES**
                                **OPA-LOCKA, FLORIDA**
METHOD OF DISPOSITION:  **CREMATION**          MEDICAL EXAMINER APPROVAL NUMBER: **2014-0592**
FUNERAL DIRECTOR/LICENSE NUMBER:  **JORGE E. RIVERO  F045199**
FUNERAL FACILITY:  **VIOR FUNERAL HOME F041403**
                            **291 NW 37TH AVE**
                            **MIAMI, FLORIDA  33125**

## CERTIFIER INFORMATION

TYPE OF CERTIFIER:  **ASSOCIATE MEDICAL EXAMINER**
CERTIFIER'S NAME:   **MARK J SHUMAN**
CERTIFIER'S LICENSE NUMBER:  **ME78012**
NAME OF ATTENDING PHYSICIAN (If other than Certifier): **NOT ENTERED**



**Miami-Dade County**
**Medical Examiner Department**
Number One on Bob Hope Road
Miami, FL 33136
Phone (305) 545-2400  Fax (305) 545-2418



**BARRERA, Maykel**

ME CASE #:2014-00592

___ 1976          37 Years          White          Male

DATE:02/28/2014

**12140 SW 202 Street  3109 , Miami, FL,**

TYPE:ME

**PLACE OF DEATH:** Jackson Health Systems

**Time of Death:**          28-Feb-2014  7:55 am

**Investigating Agency:** Miami-Dade Police Department          pd140227076069          Det. Segovia

**Incident Location:**     SW 204 St & SW 122  AVE  , Miami, FL

**Incident Date / Time:** 2/27/2014  11:04:00PM          **Scene Dr.:**

TERMINAL EVENT: According to the next of kin, The decedent was inside his residence with his mother, when this incident occurred. The decedent became aggressive and abusive to his mother. His family called police who used a taser gun. The decedent fled from the residence. Two blocks away, the decedent was placed under arrest by police.

According to initial police report; At 11:04pm Miami Dade Police Department officers made contact with the decedent at his residence in reference to a dispute. The decedent became combative with officers. The decedent then fled and ran approximately 2 blocks (SW 204 St and SW 122 Avenue) away where he again was combative and battered police officers. The decedent was physically subdued by officers and taken into custody. He was transported to Jackson South Community Hospital ER (MRN 1638171) and subsequently transferred to Jackson Health Systems Ryder Trauma Center. He was pronounced deceased at 7:55am, here he expired. The decedent used cocaine, in the past and possibly at the time of this incident. The decedent was positively identified by MDPD with a driver's license.

Miami Dade Fire Rescue (Alarm # 4042824),on arrival, decedent was restrained with taser electrodes still attached and they were struggling to get him in the back of their police car. After he was placed in the car, he was evaluated. During initial treatment, he was uncooperative and moving he kept removing the oximetry meter and he was sweaty causing electrodes not to attach properly. He was moved from a prone position to a left lateral recumbent position and evaluation continued, while rescue personnel were present he went into respiratory arrest and removed from back of police car and with the assistance of police officers cardiopulmonary efforts started. Cardiac monitor in asystole. During transport, cardiac rhythm noted as ventricular fibrillation and resuscitation efforts continued.

According to Jackson Health System records, the decedent arrived post cardiac arrest with significant evidence of trauma to the body, developed a v-fib arrest, was shocked, intubated, and now is arrived to emergency room. He arrived, hypotensive on double pressors, extremely acidotic. His blood pressure 102/60. He was unresponsive and a ct

**Cause of Death:** Pending Further Studies and Investigation

          **Due To:**

          **Due To:**

          **Due To:**

**Contributory Cause:**

**Manner:** Pending          Autopsy          03/01/2014          **Doctor:** Shuman, Mark MD

**Mortuary:** VIOR FUNERAL HOME          **Investigator:** Ledesma, Yvonne

THIS REPORT MAY CONTAIN NON-VERIFIED INFORMATION AND          03/04/2014



**Miami-Dade County**
**Medical Examiner Department**
Number One on Bob Hope Road
Miami, FL 33136
Phone (305) 545-2400  Fax (305) 545-2418



**BARRERA, Maykel**

|  |  |  |  |
|---|---|---|---|

**ME CASE #:2014-00592**

_____, 1976          37 Years          White     Male     **DATE:**02/28/2014

**TYPE:**ME

**12140 SW 202 Street  3109 , Miami, FL,**

**PLACE OF DEATH:** Jackson Health Systems

**Time of Death:**          28-Feb-2014  7:55 am

**Investigating Agency:** Miami-Dade Police Department          pd140227076069          Det. Segovia

**Incident Location:**   SW 204 St & SW 122  AVE , Miami, FL

**Incident Date / Time:** 2/27/2014  11:04:00PM          **Scene Dr.:**

scan noted subdural bleed with shift to the left.  His condition deteriorated and his family signed a Do Not Resuscitate Order. He was pronounced deceased at 7:55am, February 28th, 2014.

MEDICAL HISTORY: According to family, the decedent shot himself in the head when he was 17 years old, by accident. He was treated at Jackson Health Systems in the past. The decedent fully recovered from the incident. He did not use any medical equipment for ambulatory assistance. The decedent did not suffer with depression and had never expressed any suicidal ideations nor, made an attempt to commit suicide.

MEDICATIONS: None

SOCIAL HISTORY: According to family, the decedent was born in Cuba and immigrated to the USA over 32 years ago. He never married and had no children.  He lived with his fiancé.  He was known to smoke tobacco products (1ppd), occasionally drank alcoholic beverages, he was also known to indulge in the use of illegal drugs (cocaine) and possibly prescription pills (unknown type). Self employed construction laborer.

IDENTIFICATION:  Method:

By:                                    Relationship:

**Cause of Death:**Pending Further Studies and Investigation

          **Due To:**

          **Due To:**

          **Due To:**

**Contributory Cause:**

**Manner:** Pending          Autopsy          03/01/2014          **Doctor:**Shuman, Mark MD

**Mortuary:** VIOR FUNERAL HOME          **Investigator:** Ledesma, Yvonne

THIS REPORT MAY CONTAIN NON-VERIFIED INFORMATION AND IS SUBJECT TO CHANGE          03/04/2014

**MIAMI-DADE COUNTY**

# PRELIMINARY POLICE DEATH INVESTIGATION REPORT
## FOR THE MEDICAL EXAMINER
### PLEASE PRINT ALL INFORMATION

118.01-83 10/08

Police Agency: _MDPD_
Police Case Number: _PD140287-076009_
Lead Detective _J. SEGOVIA_

Name of Deceased: _BARRERO_ (Last) _MANKEL_ (First) _____ (Middle)

Age: _36_   Race: _W_   Sex: _M_   D.O.B. M ___ D _176_ Y ___   Social Security - _____

Address _12140 SW 203st #3109_   Home Phone _____   Occupation _____   Employer _____

Next of Kin Notified:

Name: _Brother_   Yes ☐   No ☐

Relationship: _____

Address: _____

Telephone: _____

Name and Telephone of Doctors and/or Hospitals That Attended Deceased **During** Life: _____

Place of Death (Hospital, House Address, Etc.): _JMH Ryder Trauma_

Place of Injury (Address): _____   City _____   St. _____   Zip _____

Injury Occurred: M _08_ D _27_ Y _2014_   _4.04_ Time   _SW 204 ST & SW 127_   Found By: _Ryder Trauma_   Phone: _____

TIME OF DEATH: M ___ D ___ Y ___ Time

Occurred: M ___ D ___ Y ___ Time

Found: M ___ D ___ Y ___ Time

Pronounced: M _08_ D _28_ Y _2014_ _755 AM_ Time   Identified By: _____ Address: _____ Phone: _____

Physical Examination of the Body (Position/Location of Body: _____

Lividity:      No ☒   Yes ☐        Body Heat:   Warm ☐   Cool ☒   Cold ☐
Trauma:       No ☐   Yes ☒        Rigor Mortis: _NONE_   Full ☐   Partial ☐   Fading ☐
Describe Trauma: _BRUISES AND SCRAPES_   Decomposition:  None ☒   Slight ☐   Advanced ☐

If Weapon Used (Possible Type)       Valuables: _____
                                     Impounded By: _____   Yes ☐   No ☐

Medication to M.E.:   No ☒   Yes ☐     Disposition of Clothing: _____   Discard Not Needed ☐   Save-Hold/Dry as Evidence ☐

Possible Contagious:  Unknown ☒   No ☐   Yes ☐     Special Instructions: _____   Rape Kit ☐   Do Not Wash ☐   Do Not Finger/Palm Print ☐

___ease: _UK_        Other: _____   Do Not Undress ☐   Take Body Temp ☐

MIAMI-DADE COUNTY
## PRELIMINARY POLICE DEATH INVESTIGATION REPORT
### FOR THE MEDICAL EXAMINER
Continuation Sheet

Police Case No. _PD140237-076069_

Name of Deceased _MAYKEL BARRERO_

Medical Examiner at Scene?    Yes ☐    No ☒

Time Medical Examiner Requested _____    M

Time Medical Examiner Arrived _____    M

The Lead Investigator is _I. SEGURA_

Telephone Number _305-471-2400_

This report prepared by _D. GRACIA_

Investigator to be present at Autopsy?    No ☐    Yes ☒

Body Removal Requested _____    M

Body Removal Transport Arrived _____    M

PLEASE NOTE WHERE APPLICABLE: Use second sheet if needed–Scene Information to Follow: What happened just prior to death? Terminal Event–Medical/Social Information–Medications.

MDPD OFFICERS MADE CONTACT WITH THE (V) AT HIS RESIDENCE IN REFERENCE TO A DISPUTE
AT THE (V)'s RESIDENCE. THE (V) BECAME COMBATIVE WITH OFFICERS ~~AND WAS~~ ~~TASED~~.
~~TASED~~ ~~THE~~. THE (V) THEN FLED AND RAN APPROX 2 BLOCKS WHERE HE AGAIN
WAS COMBATIVE AND BATTERED OFFICERS. ~~HE~~ ~~WAS~~ ~~TASED~~ ~~AGAIN~~ ~~RESULTING~~
~~AND~~ (V) WAS PHYSICALLY SUBDUED BY OFFICERS AND TAKEN INTO CUSTODY.

~~THE~~ ~~MDP~~ (V) USED COCAINE, IN THE PAST AND POSSIBLY AT THE TIME OF
INCIDENT.



**Miami-Dade County**
**Medical Examiner Department**
Number One on Bob Hope Road
Miami, FL 33136
Phone (305) 545-2400  Fax (305) 545-2418



## CASE NOTES

ME Case #:  **2014-00592**                    Decedent's Name: **BARRERA, Maykel**

| Date | Case Note By | Note |
|---|---|---|
| 2/28/2014  11:44:00AM | Ledesma, Yvonne | Linas Barreras<br>sister<br>786 376 4736<br>This MDI extended condolences and made inquiries as to terminal event, medical and social histories.  She provided the following information;<br>SOCIAL HX: The decedent was born in Cuba and immigrated to the USA over 32 years ago.  He never married and had no children.  He lived with his fiancé.  He was known to smoke tobacco products (1ppd), occasionally drank alcoholic beverages, he was also known to indulge in the use of illegal drugs (cocaine) and possibly prescription pills (unknown type). Self employed construction laborer.<br>Medical hx: The decedent shot himself in the head when he was 17 years old, by accident. He was treated at Jackson Hospital.  The decedent fully recovered from the incident. He did not use any medical equipment for ambulatory assistance. The decedent did not suffer with depression and had never expressed any suicidal ideations nor, made an attempt to commit suicide.<br>Terminal event : The decedent was inside his residence with his mother, when this incident occurred.  The decedent became aggressive and abusive to his mother. His family called police and when they arrived, he ran and the police tasered him.  The taser did not work on him at the beginning and the police tasered again.  He was transported to hospital where he expired.<br>Family will proceed to make private arrangement for final disposition. |
| 3/1/2014  4:12:00PM | Ledesma, Yvonne | IN OFFICE: Det Segovia advised this investigator, police responded to this scene at 11:04pm on 2/27/2014.  The decedent ran away 2 blocks from his residence to 204 st and sw 122 avenue.  He was placed under arrest and transported to Jackson South. He was positively identified with his DL. |
| 3/1/2014  4:12:00PM | Ledesma, Yvonne | Jackson Health System records received and reviewd by MJS. Jackson South Hospital records printed and placed in file for future review. |





Medical Examiner Department
**Case Transport Form**
**Phone:** 305-545-2400
**Fax: 305-545-2418  PIP Fax: 305-545-2409**



Print Form

Date: 2/28/2014   Case #: 2014-00592   Requested By: Sharmine

Decedent Name: BARRERO, MAYKEL   Date of Birth: ▮▮▮ -76

Age: 36   Sex: M   Race: W   Social Security #:

Address: _____ City: _____ State: _____ Zip Code: _____

---

First Call Information: Name of Requesting Facility: Ryder trauma

Place and Address of Death: _____ 1611 NW 12 AUE
D.O.D.: _____
T.O.D.: _____ AM  PM   City: _____ State: _____ Zip Code: _____

Name: _____   Next of Kin Notified: ☐ Yes  ☐ No

Address: _____ City: _____ State: _____ Zip Code: _____

NOK Phone Number: _____ Reported By: _____ Phone #: _____

---

Doctor's Information   Doctor Notified: ☐ Yes  ☐ No

Doctor's Name: _____ Licence Number: _____

Address: _____ City: _____ State: _____ Zip Code: _____

Phone No.: _____   Did Doctor agree to sign Death Certificate: ☐ Yes  ☐ No

---

Was Law Enforcement Notified: ☑ Yes  ☐ No   Law Enforcement Agency: MDPD

Police Case Number: PD 140227-076069   Officer's Name: J. Segovia

Decedent's Property Released To:   PD: ___ ME: ___ Next of Kin: ___ Other: ___

Description of Decedent's Property: _____ charts & report

_____
_____
_____
_____

---

All Healthcare Information:   Report ☒  Charts ☑  Xrays ☐  Meds ☐  Specimens ☐  Other ☐

Scene Photograph: ☐ Yes  ☐ No   Vehicle # 609   Technician: RC

T1 0.51   T2 9.55   T3 10:00   T4 10:33

ID # 255720   Seal # _____

---

FERT Signature: R. Colken   Date: 2/28/2014

Requesting Facility
Designee Signature: _____   Date: 2/28/2014



# Miami-Dade County
## Medical Examiner's Department District 11
Number One on Bob Hope Road
Miami, Florida, USA 33136-1133
Telephone (305) 545-2400
Fax (305) 545-2418
www.miamidade.gov/medexam

## RELEASE AUTHORIZATION

Name of Deceased / Nombre del Fallecido: Maykel Antonio Barrera

Nickname / Alias / Apodo:

Race / Gender // Raza / Genero: Male, white

Date of Birth / Fecha de Nacimiento: ▮▮▮ -1976        Age / Edad: 37

Social Security / Seguro Social:

I hereby authorize you to release the remains of the above-named decedent to the below-named funeral home and/or its agent. I hereby represent that I am of the nearest degree of relationship to the deceased and/or am legally authorized or charged with the responsibility of the disposition.

Autorizo la entrega de los restos mortales del difunto arriba nombrado a la funeraria nombrada abajo. Certifico que soy la persona mas allegada al difunto y poseo la responsabilidad legal para sus arreglos funebres.

Funeral Home / Funeraria: Vior Funeral Home, Inc.

291 N.W. 37 Avenue   Miami, Fl. 33125

Local Agent / Agente Local:

Funeral Director's Name: Jorge Rivero        Lic. Number: F045199        Phone: 305-643-3131

X

Signature of Next of Kin / Firma del Familiar mas allegado          Signature Witness / Firma Testigo

Maria Del Carmen Montely
Print Name and Relationship / Imprima Nombre y Relación          Print Name of witness / Imprima Nombre del Testigo

26225 SW. 139 G
Address / Dirección          Address / Dirección

Address / Dirección          Address / Dirección

786 970 3049
Telephone / Teléfono          Telephone / Teléfono

2nd Telephone / 2do Teléfono          2nd Telephone / 2do Teléfono

Email / Correo Electrónico          Email / Correo Electrónico

FS 497.005 (37) "Legally authorized person" means, in the priority listed, the decedent, when written inter vivos authorizations and directions are provided by the decedent; the surviving spouse, unless the spouse has been arrested for committing against the deceased an act of domestic violence as defined in s. 741.28 that resulted in or contributed to the death of the deceased; a son or daughter who is 18 years of age or older; a parent; a brother or sister who is 18 years of age or older; a grandchild who is 18 years of age or older; a grandparent; or any person in the next degree of kinship. In addition, the term may include, if no family member exists or is available, the guardian of the dead person at the time of death; the personal representative, county commission, or administrator acting fact of the dead person at the time of death; the health surrogate of the dead person at the time of death; a public health officer; the medical examiner, county commission, or administrator acting under part II of chapter 406 or other public administrator; a representative of a nursing home or other health care institution in charge of final disposition; or a friend or other person not listed in this subsection who is willing to assume the responsibility as the legally authorized person. Where there is a person in any priority class listed in this subsection, the funeral establishment shall rely upon the authorization of any one legally authorized person of that class if that person represents that she or he is not aware of any objection to the cremation of the deceased's human remains by others in the same class of the person making the representation or of any person in a higher priority class.

Release Authorization Rev 5/25/06





**Miami-Dade County**
**Medical Examiner Department**
Number One on Bob Hope Road
Miami, FL 33136
Phone (305) 545-2400  Fax (305) 545-2418

## Body Release

Date:  **March 04, 2014**

Funeral Home:  **VIOR FUNERAL HOME**

Name of Decedent:  **BARRERA, Maykel**

ME Case Number:  **2014-00592**

I, **Miguel** , Representing **VIOR FUNERAL HOME**  Funeral Home, have personally examined the above case by checking the name, race, age, and sex on the identification toe tag with the name of the decedent I am authorized to claim and have found to be the same.

I have personaly compared the Medical Examiner number of the Decedent's Identification toe tag with the number on the Medical Examiner's Deceased's Valuable Personal and Property Record Form bearing the name, age, race, and sex of the Decedent I am authorized to claim and have them found them to be the same and I so certify to both such examination and further certify that the decedent I am claiming is the same as the decedent I am authorized to claim.

| | |
|---|---|
| _____ | **VIOR FUNERAL HOME** |
| Signature | _____ |
| | Company |
| **MIGUEL** | |
| _____ | |
| Print Name | Body Released Date:  **3/4/2014  9:00:00AM** |

| | |
|---|---|
| **Tuff, Latrisa** | |
| Releasing Forensic Technician | Releasing Forensic Technician |

Removal Delivery Band Number:        **255720**        (When removal service is making delivery)

Funeral Home Case Number:      _____      (When funeral home is making delivery)

SUBMIT THIS DOCUMENT TO THE MEDICAL EXAMINER'S OFFICE UPON REMOVAL OF THE DECEASED



**Miami-Dade County**
**Medical Examiner Department**
Number One on Bob Hope Road
Miami, FL 33136
Phone (305) 545-2400  Fax (305) 545-2418



## RECORDS REQUEST REPORT

ME CASE #:2014-00592

DATE:9/23/2014  12:46:44PM

**Records Requested By:**
Jackson Health Systems

**Records Requested Date:**
3/1/2014  12:00:00AM

**Records Request Address:**          **City:**          **State:**          **Zip:**

**Phone:**          **Fax:**          **EMail:**

**Request Detail:**

PLEASE FIND ENCLOSED THE RECORDS YOU
REQUESTED, SHOULD YOU HAVE ANY QUESTIONS
PLEASE CALL THE MIAMI-DADE MEDICAL
EXAMINER'S RECORDS DEPARTMENT.

**Records Sent Date:**          **Records Sent By:**

**Records Sent Via:**          **Records Delivery Tracking Number:**

Records Received / Picked up By: _____

Signature

_____

Date Time

THIS REPORT MAY CONTAIN NON-VERIFIED INFORMATION AND
IS SUBJECT TO CHANGE




Miami-Dade County
**Medical Examiner Department**
Number One on Bob Hope Road
Miami, FL 33136
Phone (305) 545-2400  Fax (305) 545-2418

## RECORDS REQUEST REPORT

ME CASE #:2014-00592

DATE:9/23/2014  12:46:44PM

**Records Requested By:**
MARIA DEL CARMEN MONTEFU

**Records Requested Date:**
5/9/2014  12:00:00AM

**Records Request Address:**
~~2225 SW 139 CT~~
v.barrera@yahoo-com

| City: | State: | Zip: |
|---|---|---|
| Homestead | FL | 33032 |

**Phone:** | **Fax:** | **EMail:**
7863621743 | |

**Request Detail:**

PLEASE FIND ENCLOSED THE RECORDS YOU
REQUESTED, SHOULD YOU HAVE ANY QUESTIONS
PLEASE CALL THE MIAMI-DADE MEDICAL
EXAMINER'S RECORDS DEPARTMENT.

**Records Sent Date:** | **Records Sent By:**

**Records Sent Via:** | **Records Delivery Tracking Number:**

**Records Received / Picked up By:** _____

Signature

_____

Date Time

THIS REPORT MAY CONTAIN NON-VERIFIED INFORMATION AND
IS SUBJECT TO CHANGE



**Miami-Dade County**
**Medical Examiner Department**
Number One on Bob Hope Road
Miami, FL 33136
Phone (305) 545-2400  Fax (305) 545-2418

# RECORDS REQUEST REPORT

**ME CASE #:**2014-00592

**DATE:**9/23/2014  12:46:44PM

**Records Requested By:**

REZA SANATI

**Records Requested Date:**
7/18/2014  12:00:00AM

| | | | |
|---|---|---|---|
| **Records Request Address:**<br>111 NW 1 street SUITE 2340 | **City:**<br>Miami | **State:**<br>FL | **Zip:**<br>33128 |

**Phone:**
3053751845

**Fax:**
3056797789

**EMail:**

**Request Detail:**

## PLEASE FIND ENCLOSED THE RECORDS YOU REQUESTED, SHOULD YOU HAVE ANY QUESTIONS PLEASE CALL THE MIAMI-DADE MEDICAL EXAMINER'S RECORDS DEPARTMENT.

**Records Sent Date:**           **Records Sent By:**

**Records Sent Via:**           **Records Delivery Tracking Number:**

**Records Received / Picked up By:** _____

Signature

_____

Date Time

THIS REPORT MAY CONTAIN NON-VERIFIED INFORMATION AND
IS SUBJECT TO CHANGE




**Miami-Dade County**

**Medical Examiner Department**

Number One on Bob Hope Road

Miami, FL 33136

Phone (305) 545-2400  Fax (305) 545-2418

## RECORDS REQUEST REPORT

ME CASE #:2014-00592

DATE:9/23/2014  12:46:44PM

| | |
|---|---|
| Records Requested By: | Records Requested Date: |
| Sao Vanessa | 8/11/2014  12:00:00AM |

**Records Request Address:**          **City:**          **State:**          **Zip:**

**Phone:**          **Fax:**          **EMail:**

**Request Detail:**

## PLEASE FIND ENCLOSED THE RECORDS YOU REQUESTED, SHOULD YOU HAVE ANY QUESTIONS PLEASE CALL THE MIAMI-DADE MEDICAL EXAMINER'S RECORDS DEPARTMENT.

**Records Sent Date:**          **Records Sent By:**

**Records Sent Via:**          **Records Delivery Tracking Number:**

Records Received / Picked up By: _____

_____
Signature

_____
Date Time

THIS REPORT MAY CONTAIN NON-VERIFIED INFORMATION AND
IS SUBJECT TO CHANGE

LEAVE BLANK          CRIMINAL                          (STAPLE HERE)                    LEAVE BLANK

STATE USAGE
NFF RECORD
SUBMISSION     APPROXIMATE CLASS     AMPUTATION     SCAR

FD-249 (Rev. 3-1-10)

STATE USAGE                                          LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX

**Barrera, MayKeL**

SIGNATURE OF PERSON FINGERPRINTED     **P.O.D.**          SOCIAL SECURITY NO.          LEAVE BLANK

                                      **2|28|14**          SID  03756701
ALIASES/MAIDEN                                            JBI  710315 TA1     A-3
LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX               VOLU404-PD
                                                          O.PJ-03756701  A-3  3-30-14

| FBI NO | STATE IDENTIFICATION NO. | DATE | | SEX | RACE | HEIGHT | WEIGHT | EYES | HA |
|---|---|---|---|---|---|---|---|---|---|
| | 2014-00592 | ▮▮▮ 176 | | M | W | 6'1" | 222 | BRN | BLK |

| 1. R. THUMB | 2. R. INDEX | 3. R. MIDDLE | 4. R. RING | 5. R. LITTLE |
|---|---|---|---|---|

| 6. L. THUMB | 7. L. INDEX | 8. L. MIDDLE | 9. L. RING | 10. L. LITTLE |
|---|---|---|---|---|

LEFT FOUR FINGERS TAKEN SIMULTANEOUSLY     L. THUMB   R. THUMB     RIGHT FOUR FINGERS TAKEN SIMULTANEOUSLY





**Miami-Dade County**
## Medical Examiner Department
Number One on Bob Hope Road
Miami, FL 33136
Phone (305) 545-2400  Fax (305) 545-2418

## RECORDS REQUEST REPORT

**ME CASE #:**2014-00592

**DATE:**9/23/2014  12:46:44PM

| | |
|---|---|
| **Records Requested By:**<br>TODD R. McPHARLIN | **Records Requested Date:**<br>8/13/2014  12:00:00AM |

**Records Request Address:**      **City:**      **State:**      **Zip:**
5701 OVERSEAS HIGHWAY, SUITE ONE   Marathon      FL      33050

**Phone:**      **Fax:**      **EMail:**
9545226601

**Request Detail:**

## PLEASE FIND ENCLOSED THE RECORDS YOU REQUESTED, SHOULD YOU HAVE ANY QUESTIONS PLEASE CALL THE MIAMI-DADE MEDICAL EXAMINER'S RECORDS DEPARTMENT.

**Records Sent Date:**      **Records Sent By:**

**Records Sent Via:**      **Records Delivery Tracking Number:**

**Records Received / Picked up By:** _____

Signature

_____

Date Time

THIS REPORT MAY CONTAIN NON-VERIFIED INFORMATION AND
IS SUBJECT TO CHANGE



**Miami-Dade County**
**Medical Examiner Department**
Number One on Bob Hope Road
Miami, FL 33136
Phone (305) 545-2400  Fax (305) 545-2418



# PERSONAL PROPERTY RELEASE RECEIPT

Case Number: 2014-00592          DECEDENTS NAME: BARRERA, Maykel

37 Years                 White          Sex: Male

POLICE AGENCY    Miami-Dade Police Department          POLICE CASE #: pd140227076069

| Property Description | Property Evidence | PropQuantity |
|---|---|---|
| Blood Spot Card | Yes | 1 |
| Buccal Mucosal Swab | Yes | 1 |

I hereby acknowledge that the above list represents property released by me in the official performance of my duty as a Medical Examiner Dept. Morgue Technician, District 11.

Ingram, Kristina

12/22/2016  11:20:00AM

I hereby acknowledge that the above list represents all property received by me from the Medical Examiner Department.

Name:  Det. Alain Rodriguez                    Miami-Dade Police Department

Signature

Property Receipt #: 201610508                    Organization

Print Date: December 22, 2016          Page 1 of 1          Print Time: 11:20 am

# Fax



**TO:**        SUPERVISOR

**OF:**        JACKSON MEMORIAL HOSPITAL

**Phone:**    (305) 585-6128

**Fax:**       (305) 585-0073

## SPECIMEN REQUEST  *URGENT*

| HOSPITAL # | PATIENT NAME | DATE ADMITTED | M.E. # |
|---|---|---|---|
| 1638171 | Maykel Barrero | 02/27/2014 | 2014-0592 |
| | | | |
| | | | |

**SPECIMEN AVAILABLE:**          YES _____   NO _____

**CONFIRMED BY:**                  _____

**DATE & TIME:**                   _____

FROM THE DESK OF........
YVONNE LEDESMA, FORENSIC INVESTIGATOR
MIAMI-DADE MEDICAL EXAMINER'S OFFICE
NUMBER ONE ON BOB HOPE ROAD
MIAMI, FLORIDA 33136
PHONE   (305) 545-2478   (305)

FAX 545-2428



**Miami-Dade County**
**Medical Examiner Department**
Number One on Bob Hope Road
Miami, FL 33136
Phone (305) 545-2400  Fax (305) 545-2418



## MEDICAL RECORD REQUEST

| | |
|---|---|
| FACILITY:  **Miami-dade fire rescue** | FACILITY PHONE :  **(786) 331-4900** |
| CONTACT PERSON:  records custodian | FACILITY FAX:  **(786) 331-4901** |
| DECEASED NAME:  **BARRERA, Maykel** | PATIENT ID#: |

BIRTH DATE:  ▇▇ 1976
SS NUMBER:
ME CASE NUMBER:  **2014-00592**

"*URGENT*"

PURPOSE OF DISCLOSURE:
THE MIAMI-DADE MEDICAL EXAMINER'S DEPARTMENT IS REQUESTING MEDICAL RECORDS ON THE
ABOVE NAMED PERSON TO ESTABLISH AND CERTIFY A CAUSE OF DEATH, ACCORDING TO THE FLORIDA

- [ ] Face Sheet
- [ ] Admission Notes
- [ ] Discharge Summary
- [ ] Consultations
- [ ] History and Physical
- [ ] Progress Notes
- [ ] Specimen Blood
- [ ] Radiology Reports
- [ ] Relative Next of Kin Info
- [ ] Birth Records
- [ ] Doctor Notes
- [ ] Operative Notes
- [ ] Emergency Room Visits
- [ ] Specimen Urine
- [ ] Medications Log
- [ ] Psychiatric History
- [ ] Physician Orders
- [ ] Pathology Reports
- [ ] Social Worker Notes
- [ ] Lab Results

REQUEST REASON:  **DEATH INVESTIGATION ***PLEASE EXPEDITE THIS URGENT REQUEST FOR RECORDS,**
**THANK YOU! ***

*FR to Jackson South and transport*
WE WOULD LIKE RECORDS:  Faxed STAT *to Jackson Main hosp.*  *02/27/14*

Request Date: **03/01/2014**          REFER ALL RESPONSES TO:  Ledesma, Yvonne

FORENSIC INVESTIGATOR

*home address: 12140 SW 202 ST*
*#3109*
*Mia, Fl*

**HIPPA Exemption for Medical Examiner:**
45 CFR 164.512g
(g) Standard:Uses and disclosures about decedents. (1) Coroners and medical examiners. A covered entity may disclose
protected health information to a coroner or medical examiner for the purpose of identifying a deceased person, determining a
cause of death, or other duties as authorized by law. A covered entity that also performs the duties of a coroner or medical
examiner may use protected health information for the purpose described in this paragraph.

**Medical Examiner's, Florida Statute Chapter 406:**

Florida Statute 406.12 states that it is the duty of any person in the district where a death occurs, who becomes aware of the
death of any person occuring under the circumstances described in s.406.11, to report such death and circumstances
forthwith to the District Medical Examiner.
Any person who knowingly fails or refuses to make available prior medical or other information pertinent to the death
investigation, shall be guilty of a misdemeanor of the first degree, punishable as provided in s. 775.082 or 775.083

*For Dr. Shuman*
*Please Fax*



METROPOLITAN DADE COUNTY, FLORIDA

MEDICAL EXAMINER DEPARTMENT
NUMBER ONE ON BOB HOPE ROAD
MIAMI, FLORIDA 33136-1133
(305) 545-2400

## <u>Tissue Retention For Study*</u>

## Case # _2014-0592_

Date and Time: _3/1/14_

The Tissue Is: ___ Cardiac ✓ Neural ___ Other (Describe):

Tissue Procurer: _MARK SHUMAN, MD_

Agency: _MIAMI-DADE COUNTY MEDICAL EXAMINER_

Telephone Number: _305-545-2480_

Fax Number: _305-545-2418_

A written report on study tissue only is expected within 30 days and must be delivered to the Chief Medical Examiner via his mailbox or secretary, Harriet Weinstein.

Medical Examiner: _____   Date: _3/11/14_

*See "approved study list"

Shuman
Please Fax

## AGONAL STATE FORM
### (Information needed immediately following death)

Information Provided by: _Mark Shuman, MD_

Name of Coroner/Pathologist Responsible for Case:

_Mark Shuman, MD_

Phone Number _305-545-2480_

Address _1 Bob Hope Road_

Deceased Name _Maykel Barrera_   Age _27_

Male/Female _M_   Race _W_   Height _6'1"_ Weight _222_

Date of Death _2/28/14_   Time of Death _7:55 A_

Place of Death _JMH_

Last Temperature _None_   Time

Date of autopsy: _3/1/14_   Time _8:30 A_

Brain Weight _1530_   Time Frozen

Body Refrigerated Prior to Autospy: No____ Yes _✓_ Date/Time _2/28/14 10:45 AM_

Brain frozen with: Dry ice____   Freezer (-20-35)____   Ultralow freezer____

Describe Pre Death Incident/Behavior:

_Decedent was aggressive and abusive to his family. He admitted to smoking 10 crack rocks. Police were to their residence following a 911 family call. He was combative and RTS, was subdued, became unresponsive and was transported to JMH where he was pronounced dead._



**Miami-Dade County**
## Medical Examiner Department
Number One on Bob Hope Road
Miami, FL 33136
Phone (305) 545-2400  Fax (305) 545-2418

**BARRERA, Maykel**                                     ME CASE #:2014-00592

⬛ 1976          37 Years          White     Male        DATE:02/28/2014

  12140 SW 202 Street 3109 , Miami, FL,                      TYPE:ME

PLACE OF DEATH: Jackson Health Systems

Time of Death:                    28-Feb-2014  7:55 am

Investigating Agency: Miami-Dade Police Department        pd140227076069      Det. Segovia

Incident Location:   SW 204 St & SW 122  AVE  , Miami, FL

Incident Date / Time: 2/27/2014  11:04:00PM      Scene Dr.:

arrived, hypotensive on double pressors, and was extremely acidotic.  His blood pressure 102/60.  He was unresponsive and a ct scan noted subdural bleed with shift to the left.  His condition deteriorated and his family signed a Do Not Resuscitate Order.  He was pronounced deceased at 7:55am, on February 28th, 2014.

MEDICAL HISTORY: According to the family, the decedent shot himself in the head when he was 17 years old, by accident.  He was treated at Jackson Health System in the past.  The decedent fully recovered from the incident.  He did not use any medical equipment for ambulatory assistance.  The decedent did not suffer with depression and had never expressed any suicidal ideations nor, made an attempt to commit suicide.

MEDICATIONS: None

SOCIAL HISTORY: According to the family, the decedent was born in Cuba and immigrated to the USA over 32 years ago.  He never married and had no children.  He lived with his fiancé.  He was known to smoke tobacco products (1ppd), and occasionally drank alcoholic beverages.  He was also known to indulge in the use of illegal drugs (cocaine) and possibly prescription pills (unknown type).  He was a self-employed construction laborer.

IDENTIFICATION: Method:   Drivers license

By: MDPD                        Relationship:   Law Enforcement

**Cause of Death:** Pending Further Studies and Investigation

       **Due To:**

       **Due To:**

       **Due To:**

**Contributory Cause:**

**Manner:** Pending        Autopsy      03/01/2014      **Doctor:** Shuman, Mark MD

**Mortuary:** VIOR FUNERAL HOME              **Investigator:** Ledesma, Yvonne

THIS REPORT MAY CONTAIN NON-VERIFIED INFORMATION AND        05/14/2014
IS SUBJECT TO CHANGE



**Miami-Dade County**
**Medical Examiner Department**
Number One on Bob Hope Road
Miami, FL 33136
Phone (305) 545-2400  Fax (305) 545-2418

**BARRERA, Maykel**                                          **ME CASE #:**2014-00592

1976            37 Years          White      Male        **DATE:**02/28/2014

12140 SW 202 Street  3109 , Miami, FL,                      **TYPE:**ME

**PLACE OF DEATH:** Jackson Health Systems

**Time of Death:**                 28-Feb-2014  7:55 am

**Investigating Agency:** Miami-Dade Police Department        pd140227076069    Det. Segovia

**Incident Location:**   SW 204 St & SW 122  AVE , Miami, FL

**Incident Date / Time:** 2/27/2014  11:04:00PM      **Scene Dr.:**

---

TERMINAL EVENT: According to the next of kin, the decedent was inside his residence with his mother, when this incident occurred.  The decedent became aggressive and abusive to his mother.  His family called police who used a taser gun.  The decedent fled from the residence.  Two blocks away, the decedent was placed under arrest by police.

According to initial police report:  At 11:04pm Miami-Dade Police Department officers made contact with the decedent at his residence in reference to a dispute.  The decedent became combative with the officers.  The decedent then fled and ran approximately 2 blocks (SW 204 St and SW 122 Avenue) away where he again was combative and battered police officers.  The decedent was physically subdued by officers and taken into custody.  He was transported to Jackson South Community Hospital ER (MRN 1638171) and subsequently transferred to Jackson Health System-Ryder Trauma Center.  He was pronounced deceased at 7:55am.  The decedent used cocaine, in the past and possibly at the time of this incident.  The decedent was positively identified by MDPD by his driver's license.

Per Miami-Dade Fire Rescue (Alarm # 4042824), on arrival, the decedent was restrained with taser electrodes still attached and police were struggling to get him into the back of their police car.  After he was placed in the car, he was evaluated.  During initial treatment, he was uncooperative and moving.  He kept removing the oximetry meter and he was sweaty causing the electrodes not to attach properly.  He was moved from a prone position to a left lateral recumbent position and evaluation continued.  While rescue personnel were present he went into respiratory arrest and was removed from the back of the police car with the assistance of police officers and cardiopulmonary resuscitation efforts were started.  The cardiac monitor showed asystole.  During transport, his cardiac rhythm was noted as ventricular fibrillation and resuscitation efforts continued.

According to Jackson Health System records, the decedent arrived post cardiac arrest with significant evidence of trauma to the body.  He developed a v-fib arrest, was shocked, and intubated, as he arrived to emergency room.  He

**Cause of Death:**Pending Further Studies and Investigation

**Due To:**

**Due To:**

**Due To:**

**Contributory Cause:**

**Manner:** Pending          Autopsy          03/01/2014        **Doctor:**Shuman, Mark MD

**Mortuary:** VIOR FUNERAL HOME                    **Investigator:** Ledesma, Yvonne

THIS REPORT MAY CONTAIN NON-VERIFIED INFORMATION AND         05/14/2014
IS SUBJECT TO CHANGE



**MIAMI-DADE COUNTY**
**MEDICAL EXAMINER DEPARTMENT**
**Number One on Bob Hope Road**
**Miami, FL 33136**
**Phone (305) 545-2400  Fax (305) 545-2439**



**BARRERA, Maykel**
**March 1, 2014...8:30 A.M.**

**Case No. 2014-00592**

**CAUSE OF DEATH:**

Cocaine and alpha-Pyrrolidinopentiophenone Toxicity

**Mark J. Shuman, M.D.**
**Associate Medical Examiner**

**MJS**

*NOTE: The cause of death is based on the totality of the investigative data to date, which may not be included in the autopsy or external examination protocol.*



**Miami-Dade County**
**Medical Examiner Department**
Number One on Bob Hope Road
Miami, FL 33136
Phone (305) 545-2400  Fax (305) 545-2418



# TOXICOLOGY REPORT

September 16, 2014

ME Case #:  **2014-00592**          Decedents Name:   **BARRERA, Maykel**

| SUBSTANCE | SPECIMEN | RESULTS | METHOD |
|---|---|---|---|
| BENZOYLECGONINE | Blood - Iliac Vein | 3.1  mg/L | GCMSMS |
| COCAINE | Blood - Iliac Vein | 0.07  mg/L | GCMSMS |
| COCAETHYLENE | Blood - Iliac Vein | DETECTED <br /> 0.05  mg/L | GCMSMS |

Shuman, Mark MD

3/24/17
DATE

DMB

Req #:   21647          Page 1 of 1          9/16/2014  6:36:51PM



**Miami-Dade County**
**Medical Examiner Department**
Number One on Bob Hope Road
Miami, FL 33136
Phone (305) 545-2400  Fax (305) 545-2418



# TOXICOLOGY REPORT

May 27, 2014

ME Case #: **2014-00592**      Decedents Name:  **BARRERA, Maykel**

| SUBSTANCE | SPECIMEN | RESULTS | | METHOD |
|---|---|---|---|---|
| VOLATILES | Blood - Antemortem | UNDETECTED | Pink Top Tube dated 2/28/14, 0229hrs | GC-Headspace |
| VOLATILES | Blood - Iliac Vein | UNDETECTED | | GC-Headspace |
| AMPHETAMINES | Urine | UNDETECTED | | EMIT |
| BARBITURATES | Urine | UNDETECTED | | EMIT |
| BENZODIAZEPINES | Urine | UNDETECTED | | EMIT |
| OPIATES | Urine | UNDETECTED | | EMIT |
| OXYCODONE | Urine | UNDETECTED | | EMIT |
| PHENCYCLIDINE | Urine | UNDETECTED | | EMIT |
| SALICYLATES | Urine | UNDETECTED | | Spot Test |
| BENZOYLECGONINE | Urine | DETECTED | | EMIT |
| BENZOYLECGONINE | Blood - Antemortem | 2.4  mg/L | Pink Top Tube dated 2/28/14, 0229hrs | GCMSMS |
| COCAINE | Urine | DETECTED | | GCMS |
| COCAINE | Blood - Antemortem | DETECTED | Pink Top Tube dated 2/28/14, 0229hrs | GC-TSD-FID-MS |
| COCAETHYLENE | Urine | DETECTED | | GCMS |
| COCAETHYLENE | Blood - Antemortem | UNDETECTED | Pink Top Tube dated 2/28/14, 0229hrs | GCMSMS |
| ETHYLECGONINE | Blood - Antemortem | DETECTED | Pink Top Tube dated 2/28/14, 0229hrs | GC-TSD-FID-MS |
| METHYLECGONIDINE | Urine | DETECTED | | GCMS |
| METHYLECGONIDINE | Blood - Antemortem | DETECTED | Pink Top Tube dated 2/28/14, 0229hrs | GC-TSD-FID-MS |
| METHYLECGONINE | Blood - Antemortem | DETECTED | Pink Top Tube dated 2/28/14, 0229hrs | GC-TSD-FID-MS |
| ALPHA-PVP | Urine | DETECTED | | GCMS |
| ALPHA-PVP | Blood - Antemortem | DETECTED | Pink Top Tube dated 2/28/14, 0229hrs | GC-TSD-FID-MS |
| ALPHA-PVP | Blood - Antemortem | DETECTED | Pink Top Tube dated 2/28/14, 0229hrs | LC-MSMS |
| ALPHA-PVP | Blood - Iliac Vein | 0.018  mg/L | | LC-MSMS |
| LEVAMISOLE | Urine | DETECTED | | GCMS |
| LEVAMISOLE | Blood - Antemortem | DETECTED | Pink Top Tube dated 2/28/14, 0229hrs | GC-TSD-FID-MS |
| NAPROXEN | Urine | DETECTED | | GCMS |

DMB





**Miami-Dade County**
**Medical Examiner Department**
Number One on Bob Hope Road
Miami, FL 33136
Phone (305) 545-2400  Fax (305) 545-2418

# TOXICOLOGY REPORT

May 27, 2014

ME Case #:  **2014-00592**          Decedents Name:  **BARRERA, Maykel**

| SUBSTANCE | SPECIMEN | RESULTS | | METHOD |
|---|---|---|---|---|
| ACID NEUTRAL DRUGS | Blood - Antemortem | UNDETECTED | Pink Top Tube dated 2/28/14, 0229hrs | GC-TSD-FID-MS |

Shuman, Mark MD

DATE

DMB

CXToxResults          Req #:   20544          Page 2 of 2          5/27/2014  3:35:29PM

THE MIAMI-DADE COUNTY MEDICAL EXAMINER DEPARTMENT, MIAMI, FLORIDA

BARRERA, Maykel...March 1, 2014...8:30 A.M. ...Case No. 2014-00592

## AUTOPSY PROTOCOL

**ATTENDEES:**

FORENSIC TECHNICIAN: Marco Wells
PHOTOGRAPHER: Heidi Nichols

**EXTERNAL EXAMINATION:**

The body is that of a well developed, muscular, 6 foot 1 inch and 222 pound, white male who appears the reported age of 37 years. The body is refrigerated, well preserved, and not embalmed. Rigor mortis is fully developed. Livor mortis is posterior and partly blanches with pressure. A green plastic bracelet around the left ankle has the inscription "255720."

Injuries of the face and scalp are described below. The scalp is covered by short, black hair. The irides are brown, the sclerae are white, and the conjunctivae are mildly edematous and have no congestion or petechiae. The nasal septum is intact. The oral mucosal frenula are intact. The teeth are natural and in good condition. Facial hair consists of a black, stubble beard and mustache. A 3.5 x 0.7 centimeter scar is on the chin.

Injuries of the neck, chest, abdomen, back and extremities are described below. The abdomen is slightly protuberant and soft. The arms have no track marks. The anterior aspects of the wrists have no scars. A 3.3 by up to 0.6 centimeter scar is on the anterior aspect of the right forearm. A 1.7 x 0.4 centimeter scar is on the lateral aspect of the right wrist. A tattoo of three dots in a triangle is on the posterior aspect of the right hand in the anatomical snuffbox. Several, up to 0.8 centimeter scars are on the dorsum of the right hand. A 1.5 centimeter scar overlies the right posterior metacarpophalangeal joint. A 1.9 centimeter scar overlies the posterior aspect of the right third metacarpophalangeal joint. A 0.3 centimeter scar overlies the posterior aspect of the right fourth metacarpophalangeal joint. A 0.8 x 0.4 centimeter, oval scar is on the lateral aspect of the left arm. A 3.6 x 1.2 centimeter, elliptical scar with multiple perpendicular scars is on the medial aspect of the left arm. A 6.7 by up to 0.4 centimeter scar extends horizontally and laterally from the left elbow. A 2.5 centimeter scar with a 1.1 centimeter perpendicular scar is on the posterior aspect of the left forearm, below the elbow. A tattoo of a cross is on the dorsum of the left hand in the anatomical snuffbox. A 3.7 by up to 0.4 centimeter scar is on the dorsum of the left hand between the fourth and fifth metacarpals. A few, up to 0.4 centimeter scars are on the dorsum of the left hand. A tattoo of a dragon is on the lateral aspect of the left distal lower extremity. A tattoo of the Tasmanian devil is above the lateral aspect of the left knee. A 1 x 0.3 centimeter scar is above the lateral aspect of the left knee. A 1.6 x 1.2 centimeter, hypopigmented scar is on the left knee. Several, up to 1 centimeter, hypopigmented scars are on both shins. An indiscernible tattoo is on the medial aspect of the left distal lower extremity. Both first toes have hallux valgus deformities. A tattoo of an elaborate scene that contains a demon, two female figures and a dragon is across the upper back. The external genitalia are those of a normal, uncircumcised male. Both testes are in the scrotum. The anus is normal.

1

THE MIAMI-DADE COUNTY MEDICAL EXAMINER DEPARTMENT, MIAMI, FLORIDA

BARRERA, Maykel…March 1, 2014…8:30 A.M. …Case No. 2014-00592

## AUTOPSY PROTOCOL

**EVIDENCE OF MEDICAL INTERVENTION:**

Endotracheal and orogastric tubes are properly positioned.  Electrocardiogram pads are on the right anterior shoulder, left upper chest, right lower chest, left upper quadrant of the abdomen, left anterior thigh, and posterior aspect of the right arm and forearm.  Physio Controll, Quik Combo pace/electrocardiogram/defibrillator pads are on the right upper chest and left lower chest/upper abdomen.  A puncture wound surrounded by ecchymosis is in the right antecubital fossa.  Pulse oximeter electrodes are on the right third fingertip and left second fingertip.  An intravenous catheter is in the left antecubital fossa.  A puncture wound surrounded by ecchymosis is in the left anterior forearm.  A hospital identification bracelet is around the left wrist.  A triple lumen catheter is in the right femoral vein.  An arterial catheter is in the left inguinal region.  A Foley catheter terminates with an inflated balloon in the penile urethra.  An electrocardiogram pad is on the lateral aspect of the right distal lower extremity.  A hospital identification bracelet is around the left ankle.

**EVIDENCE OF INJURY:**

**BLUNT INJURIES OF HEAD AND NECK:**

A 5.5 x 5.5 centimeter area of faint ecchymoses and 0.7 x 0.4 centimeter, 1.2 x 0.7 centimeter, 1.2 x 0.5 centimeter, and a few smaller abrasions is on the forehead to the left of the midline.  A 2.2 x 0.2 centimeter area of several, up to 0.4 centimeter abrasions and ecchymoses is lateral to the left eyebrow.  A 0.7 x 0.4 centimeter abrasion is on the bridge of the nose.  A 1 x 0.7 centimeter abrasion with a 0.6 centimeter, linear abrasion that extends upward is on the right side of the nose.  A 4 x 1 centimeter area of a few, up to 0.8 centimeter abrasions is lateral to the right eye.  A 1.5 x 1 centimeter area of abrasions is in front of the right ear.  A 6 x 3.5 centimeter abrasion is on the right cheek.  A 3.5 x 1.9 centimeter abrasion is lateral to the left eye and a 2 x 1.5 centimeter abrasion is below it.  A 4.5 x 4 centimeter area of faint ecchymoses is on the left cheek.  Two, 1 x 0.2 centimeter abrasions are on the vermillion of the right side of the upper lip.  A 1.5 x 0.6 centimeter abrasion is on the right side of the upper lip.  A 3.4 by up to 2.7 centimeter abrasion is on the right side of the chin, and a 1.5 x 1.7 centimeter abrasion is on the left side of the chin.  A 3 x 1.6 centimeter ecchymosis is in the left mandibular region.  The right side of the upper lip mucosa has up to 0.8 centimeter abrasions and ecchymoses.  The left side of the upper lip mucosa has a few, up to 0.3 centimeter, superficial lacerations.  The right side of the lower lip mucosa has two, 0.5 centimeter superficial lacerations and ecchymoses.

A 10.5 x 7.5 centimeter area of subgaleal hemorrhage is on the left temporal and posterior parietal regions.  A 10 x 6 centimeter area of subgaleal hemorrhage is in the right temporal and posterior parietal regions.  Hemorrhage in the bilateral temporal muscles is more prominent in the left.

A 1 x 0.2 centimeter abrasion is on the left side of the neck. A 1.7 x 1 centimeter abrasion is at the left anterior base of the neck.  There is extensive subcutaneous hemorrhage of the mid and left side of the neck.  A small amount of hemorrhage is in subcutaneous tissue of the right side of the neck and focal superficial hemorrhage is in the right sternocleidomastoid muscle.  There is extensive hemorrhage in the left sternocleidomastoid muscle and the in soft tissue of the left supraclavicular fossa.  A small amount of hemorrhage surrounds the clavicular aspect of the right omohyoid muscle.  Hemorrhage surrounds the

2

THE MIAMI-DADE COUNTY MEDICAL EXAMINER DEPARTMENT, MIAMI, FLORIDA

BARRERA, Maykel...March 1, 2014...8:30 A.M. ...Case No. 2014-00592

## AUTOPSY PROTOCOL

left omohyoid muscle.  There is superficial hemorrhage in the right sternohyoid muscle.  Hemorrhage extends through the left sternohyoid and sternothyroid muscles.  There is hemorrhage at the junctions of the bilateral greater cornua and body of the hyoid bone.  A radiograph of the hyoid bone reveals no fractures.  There is hemorrhage in the soft tissue of the right side of the thyroid cartilage at the junction of the superior horn and body.

**BLUNT INJURIES OF TORSO:**

A puncture wound surrounded by up to 2.5 centimeter, purple ecchymoses and up to 10 centimeters of a faint, blue-green ecchymosis is on the left upper chest, and a 9.6 centimeter, curvilinear abrasion extends downward from the puncture wound.  A faint, up to 7.5 centimeter area of blue-green ecchymoses are on the right lower chest and right side of the abdomen.  A puncture wound surrounded by up to 6 centimeters, faint blue-green ecchymosis is on the left side of the abdomen.  The puncture wounds of the chest and abdomen are 30.5 centimeters apart.  A 26 x 13 centimeter area of ecchymoses that is purple centrally and blue-green peripherally is on the lateral aspect of the left side of the abdomen.  A 3 x 1.3 centimeter ecchymosis is on the left side of the back, above the axilla.  A puncture wound surrounded by a 10 x 3.5 centimeter ecchymosis is on the left lateral upper back.  Up to 6 centimeter and up to 7 centimeter, faint ecchymoses are on the left side of the lateral back.  A 0.4 x 0.2 centimeter, curved abrasion surrounded by a 4 x 3 centimeter ecchymosis is on the right upper back.  A 0.3 centimeter, superficial defect surrounded by an up to 1.2 centimeter ecchymosis is on the mid back.  A 0.6 x 0.6 centimeter "T" shaped abrasion is on the mid lower back.  An up to 2 centimeter ecchymosis is on the right lateral back.  A 7 x 6 centimeter, faint ecchymosis on the right lower back.

Subcutaneous hemorrhage is around a catheter in the left subclavian region.  An up to 5.5 centimeter area of subcutaneous hemorrhage is in the left upper chest.  An up to 12 centimeter subcutaneous hemorrhage is in the left side of the chest.  An up to 8 centimeter area of subcutaneous hemorrhage with extension into the right oblique abdominis muscle is in the right side of the upper abdomen.  An up to 11 centimeter, subcutaneous hemorrhage in the left side of the abdomen extends into the left oblique abdominis muscle.  Subcutaneous hemorrhages in both inguinal regions are associated with catheters.

A 13 x 8 centimeter area of deep subcutaneous hemorrhage with extension into the left trapezius muscles is in the left upper back.  An 8 x 4.5 centimeter area of hemorrhage is in the inferior aspect of the left trapezius muscle.  A 15 x 17 centimeter area of deep subcutaneous hemorrhage with extension into the right trapezius muscle is on the right upper back, and an 11 x 2 centimeter, deep subcutaneous hemorrhage is below this hemorrhage on the right upper back.  An up to 3 centimeter, subcutaneous hemorrhage is on the left lateral mid back.  An up to 5 centimeter, subcutaneous hemorrhage is on the left lower lateral back.  An up to 3.5 centimeter, deep subcutaneous hemorrhage is on the left lower mid back.  An up to 7 centimeter, subcutaneous hemorrhage is on the right lower back.

A layered dissection of the posterior neck reveals small hemorrhage in the intermediate muscles in the left side and a very small amount of hemorrhage in the deep muscle on the right side.

3

THE MIAMI-DADE COUNTY MEDICAL EXAMINER DEPARTMENT, MIAMI, FLORIDA

BARRERA, Maykel…March 1, 2014…8:30 A.M. …Case No. 2014-00592

## AUTOPSY PROTOCOL

**BLUNT INJURIES OF EXTREMITIES:**

A 12 x 4 centimeter area of up to 4.5 centimeter ecchymoses is on the right anterior shoulder and upper arm. A faint, up to 3 centimeter ecchymosis is on the right lateral shoulder. A few, up to 1.3 centimeter ecchymoses are in the right anterior arm. A 1.6 x 0.6 centimeter abrasion is on the medial aspect of the right antecubital fossa. A 4 x 2.5 centimeter ecchymosis is on the anteromedial aspect of the right forearm. A faint, up to 4 centimeter ecchymosis is on the posterior aspect of the right forearm. A 3 x 2.2 centimeter ecchymosis is on the posterolateral aspect of the right wrist. There is confluent ecchymoses and swelling of the dorsum of the right hand that extends 4.4 centimeters up the posteromedial aspect of the right wrist and 6 centimeters above the anterior aspect of the right wrist. The ecchymoses extends on to all five proximal phalanxes. There are several, up to 0.5 centimeter abrasions on the dorsum of the right hand.

A 5 x 3 centimeter ecchymosis is on the left anterior shoulder above the axilla. Two, up to 3 centimeter ecchymoses are on the anterior aspect of the left arm. An 11 x 8.5 centimeter ecchymosis is on the medial aspect of the left arm. Confluent ecchymosis of the dorsum of the left hand extends to the middle phalanxes of the first and fourth fingers, onto the thenar eminence, and up to 7.5 centimeters onto the anterior aspect of the left wrist. A 1 centimeter, linear abrasion is on the posterior aspect of the left wrist. A 2.2 x 1.1 centimeter area of abrasions that includes two pairs of parallel abrasions is on the dorsum of the left hand. The parallel abrasions are 0.3 centimeter apart and the paired abrasions are 0.4 centimeter apart. A 1.7 x 1.3 centimeter area of multiple, parallel abrasions is on the dorsum of the left hand. A 9 by up to 4.5 centimeter area of ecchymoses is on the posteromedial aspect of the left forearm. A 5 x 4 centimeter area of ecchymoses and multiple, up to 0.6 centimeter abrasions is above the left elbow. A 1.5 x 1 centimeter abrasion is on the lateral aspect of the left elbow. A 6 x 6 centimeter ecchymosis is on the medial aspect of the left elbow.

Up to 13 centimeters of subcutaneous hemorrhage in the anterior aspect of the right shoulder extends into the deltoid muscle. An up to 7.5 centimeter hemorrhage is in the right bicep muscle. Subcutaneous hemorrhage is in the region of the right antecubital fossa and proximal right anterior forearm. Subcutaneous hemorrhage with hemorrhage into the muscle of the right wrist is in the distal aspect of the right anterior forearm. An up to 4 centimeter area of subcutaneous hemorrhage is on the posterior aspect of the right shoulder. There is subcutaneous hemorrhage with focal hemorrhage in the muscle around the right elbow. There is subcutaneous hemorrhage in the posterior aspect of the right wrist.

There is extensive, subcutaneous hemorrhage with focal hemorrhages into the muscle of the left anterior forearm and hematoma in the anterior aspect of the left wrist. Subcutaneous hemorrhages with hemorrhages into the muscles are in the anterior and medial aspects of the left elbow. An up to 1.5 centimeter area of subcutaneous hemorrhage with extension into the muscles is on the posterior aspect of the left wrist.

A 10 centimeter area of faint, blue green ecchymoses is on the anterolateral aspect of the right proximal thigh. A 9 x 3.5 centimeter faint area of ecchymoses is on the anteromedial aspect of the right upper thigh. A 9.5 x 6 centimeter area of ecchymoses and up to 1.2 centimeter abrasions is around the

4

THE MIAMI-DADE COUNTY MEDICAL EXAMINER DEPARTMENT, MIAMI, FLORIDA

BARRERA, Maykel…March 1, 2014…8:30 A.M. …Case No. 2014-00592

## AUTOPSY PROTOCOL

right knee.  A 1.3 x 1.1 centimeter abrasion is on the right proximal shin.  A 3 x 2.5 centimeter, faint ecchymosis is on the right mid shin.  An 8 by up to 0.8 centimeter area of multiple abrasions within an 11 x 3 centimeter area of faint ecchymosis is on the right shin.  A 0.5 centimeter abrasion surrounded by 2.5 centimeter ecchymosis on the medial aspect of the right foot.  A 4 x 3.5 centimeter ecchymosis is around the medial aspect of the base of the right first toe.  Up to 0.7 centimeter abrasions are around the right lateral malleolus.

A 1.5 x 1.3 centimeter, faint ecchymosis is on the anterior aspect of the left thigh.  A 10 x 9 centimeter area of multiple, up to 1.8 centimeter abrasions is around and below the left knee.  An up to 2.5 centimeter ecchymosis is on the dorsum of the left foot.  An up to 2.5 centimeter ecchymosis is on the left lateral malleolus.  Faint, up to 4 centimeter ecchymoses are on the dorsum of the left foot.

An up to 12 centimeter, subcutaneous hemorrhage is on the right lateral thigh.  There is subcutaneous hemorrhage around both knees.  Subcutaneous hemorrhage is on the lateral and medial aspects of the right distal lower extremity.  Up to 14 centimeters of subcutaneous hemorrhage is in the lateral aspect of the proximal aspect of the left lower leg.  An up to 10 centimeter, subcutaneous hemorrhage is in the medial aspect of the distal, left lower leg.  An up to 10 centimeter hemorrhage is in the posterior aspect of the right vastus lateralis muscle.  An up to 19 centimeter area of subcutaneous hemorrhage with hemorrhage into the gastrocnemius and soleus muscles is in the right calf.  An up to 4 centimeter hemorrhage is in the medial aspect of the right gastrocnemius muscle.  An up to 5.5 centimeter subcutaneous hemorrhage is in the left posterior thigh.  An up to 2.5 centimeter subcutaneous hemorrhage is in the left posterolateral buttocks.  An up to 4.5 centimeter, subcutaneous hemorrhage is and the medial aspect of the left popliteal fossa.  An up to 9.5 centimeter, subcutaneous hemorrhage is in the lateral aspect of the left calf.  An up to 6 centimeter hemorrhage is in the left soleus muscle.

## INTERNAL EXAMINATION:

The subcutaneous fat of the anterior abdominal wall is up to 2.5 centimeters thick.  The pleural cavities and peritoneal cavity contain small amounts of serous fluid and have no adhesions.  The pericardial sac contains a small amount of clear yellow fluid and has no adhesions.

The globoid heart is 580 grams and has a mild excess of epicardial fat along the distribution of the coronary arteries.  The left anterior descending coronary artery has a minimal to no atherosclerosis.  The left circumflex and right coronary arteries have no atherosclerosis.  The right coronary artery is dominant.  The myocardium is brown and has the normal consistency; no scars or infarcts are identified.  The left ventricle is 1.6 centimeters thick, and has an internal diameter of 4 centimeters.  The right ventricle is 0.5 centimeter thick, and has an internal diameter of 7 centimeters.  Both atria are dilated.  The cardiac valves are thin and pliable, and have no vegetations.  The fossa ovalis is closed.  The aorta has mild atherosclerotic streaking.

The right lung is 650 grams and the left lung is 860 grams.  The surfaces are tan-pink anteriorly, pink-purple to purple posteriorly, smooth and shiny, and have mild black stippling.  The anterior parenchyma is red, soft, and minimally crepitant. The posterior parenchyma is dark red, soft, rubbery,

5

THE MIAMI-DADE COUNTY MEDICAL EXAMINER DEPARTMENT, MIAMI, FLORIDA

BARRERA, Maykel...March 1, 2014...8:30 A.M. ...Case No. 2014-00592

## AUTOPSY PROTOCOL

airless, and bloody fluid pours from the cut surfaces. The larynx and trachea are lined by tan, mildly congested, and intact mucosa. The pulmonary vessels are patent.

The liver is 2060 grams. It has a smooth and intact capsule. The parenchyma is brown, mildly congested, and has the normal consistency. The gallbladder contains approximately 15 milliliters of yellow-green bile and no stones. Its mucosa is yellow-green, velvety, and has a few, bright yellow spots. The vessels of the porta hepatis are normal.

The tongue has small submucosal and intramuscular hemorrhages on both sides anteriorly. The esophagus is lined by tan, mildly congested mucosa that is focally irregularly denuded distally. The stomach contains a minimal amount of brown, thick liquid. Its mucosa is tan, congested, has flattened rugal folds and a cobblestone texture, and is intact. The remainder of the intestine has normal external surface and no palpable masses. The appendix is normal. The rectum contains semisolid, brown stool and has a normal mucosa. The pancreas is tan and lobulated.

The spleen is 210 grams. It has a gray-purple and intact capsule. The parenchyma is dark red, soft and has normal Malpighian corpuscles. The lymph nodes of the neck, chest and abdomen are not enlarged. The thymus gland is small and has light brown, soft, lobulated parenchyma that has fatty infiltration.

The right kidney is 170 grams and the left kidney is 180 grams. The surfaces are red-brown and slightly granular. The parenchyma has well-defined corticomedullary junctions. The renal vessels are patent. The ureters have a normal course and caliber. The bladder is distended and contains 290 milliliters of clear orange urine. Its mucosa is tan, mildly congested, and intact. The prostate gland is normal.

The thyroid, adrenal and pituitary glands are normal.

The anterior muscles and surrounding soft tissues of the neck have hemorrhages as previously described. The hyoid bone and thyroid cartilage are intact.

The musculoskeletal system is well developed. The muscles have a normal color and consistency. The ribs are not brittle. There are no fractures. The vertebrae have no arthritic changes or injuries.

Injuries of the scalp have been previously described. The skull is intact. There is no epidural or subdural hemorrhage.

The brain is 1530 grams. The leptomeninges are thin and transparent. There is no subarachnoid hemorrhage or exudate. The vessels of the circle of Willis are normally formed and have no atherosclerosis. The cerebral hemispheres are symmetric. The gyri are widened and flattened, and the sulci are concomitantly narrowed. The cerebellar tonsils are notched and the unci are grooved. Please see the Neuropathology Report for a detailed description of the brain.

6

THE MIAMI-DADE COUNTY MEDICAL EXAMINER DEPARTMENT, MIAMI, FLORIDA

BARRERA, Maykel...March 1, 2014...8:30 A.M. ...Case No. 2014-00592

## AUTOPSY PROTOCOL

**AUTOPSY FINDINGS:**

1. Multiple abrasions, contusions of skin
2. Multiple contusions of muscle
3. Hemorrhages in soft tissue and anterior muscles of neck
4. Puncture wounds of left anterior, left lateral chest, and left side of the abdomen, consistent with a conducted energy device
5. Cardiomegaly (580 grams) and cardiac dilatation
6. Pulmonary congestion and edema
7. Hepatic congestion
8. Slight nephrosclerosis
9. Cerebral edema
10. Cholesterolosis, gallbladder
11. Small bilateral pleural effusions and ascites

**TISSUE SUBMITTED FOR HISTOLOGY:**

Heart, lung, liver, kidney, skin and anterior neck muscles

Mark J. Shuman, M.D.
Associate Medical Examiner

Date: _____3/17/14_____

MJS

7



### MIAMI-DADE COUNTY
### MEDICAL EXAMINER DEPARTMENT
Number One on Bob Hope Road
Miami, FL 33136
Phone (305) 545-2400  Fax (305) 545-2439

## MICROSCOPIC REPORT

**BARRERA, Maykel**

**Case No.  2014-00592**

| | |
|---|---|
| **HEART (2 sections):** | Focus of perivascular hemorrhage. |
| **LUNG (4 sections):** | Vascular congestion, foci of atelectasis and alveolar hyperexpansion, and changes in bronchi consistent with asthma without mucus plugging. |
| **LIVER (1 section):** | Minimal steatosis and foci of nonspecific portal inflammation. |
| **KIDNEY (1 section):** | No significant pathologic changes. |
| **SKIN – "Left Lateral Chest" (1 section):** | Intradermal and subcutaneous hemorrhage with foci of acute inflammation. |
| **SKIN – "Left Upper Chest" (1 section):** | Focal epidermal disruption with nuclear pyknosis and streaming. Foci of intradermal and subcutaneous hemorrhage with foci of acute inflammation. |
| **SKIN - "Left Abdomen" (1 section):** | Foci of intradermal and subcutaneous hemorrhage with foci of acute inflammation. |
| **ANTERIOR NECK MUSCLES (5 sections):** | Hemorrhage in sections of right and left sternocleidomastoid muscles, right and left sternohyoid muscles, and left sternothyroid muscle. |

Mark J. Shuman, M.D.
**Associate Medical Examiner**



2014-00592
BARRERA, Maykel

0 0 0 0 8 1 2 3 3 4

DADE COUNTY MEDICAL EXAMINER DEPARTMENT
NUMBER ONE ON BOB HOPE ROAD, MIAMI FL 33136-1133
TELEPHONE (305) 545-2400
FAX (305) 545-2418

# AUTOPSY DICTATION

DR. _Situma_

DATE _3/1/14_

| 2014-0592 | Barrera, Maykel | Person | 8: |
|-----------|-----------------|--------|-----|
| ME CASE # | NAME | MANNER | TIME |

| HT | 580 | S | 210 | AGE | 37 | TOX | Y or N |
|----|-----|---|-----|-----|-----|------|--------|
| RL | 650 | RK | 170 | RACE | W | SCENE | Y or N |
| LL | 800 | LK | 180 | SEX | M | | |
| L | 2060 | B | 1530 | HT | 6'1" | | |
| | | | | WT | 222 | | |

## RESPIRATORY SYSTEM



Dominant: RT/ Lt
Valve circumference
TV: ~    MV: ~    PV: ~    AV: ~

R    L



Bile: ~15m
Stomach content:
Urine volume: 250
Appendix:

UB

CASE NO. 2014-0592   NAME BARRERA, MAYKEL

AGE 77 RACE W SEX M HEIGHT 6'1" WEIGHT 222#



2014-00592
BARRERA, Maykel

**FORM A**



**MIAMI-DADE COUNTY MEDICAL EXAMINER DEPARTMENT**
NUMBER ONE ON BOB HOPE ROAD
MIAMI, FL 33136-1133

# HEAD and FACE DIAGRAM

Name _Barrera, Maykel_____   M.E. CASE NO. _2014-0592_



2014-00592
BARRERA, Maykel

118.01-16  9/98

**CASE NO.** _2014-0592_   **NAME** _BARRERA, Maykel_

**AGE** _____ **RACE** _____ **SEX** _____ **HEIGHT** _____ **WEIGHT** _____

_INJURIES_



2014-00592
BARRERA, Maykel

000081233 7

**FORM A**

CASE NO. _2014-0592_     NAME _Barrera, Maykel_

AGE _____ RACE _____ SEX _____ HEIGHT _____ WEIGHT _____

2014-00592
BARRERA, Maykel