UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-23241-CIV-AMC

MARIA DEL CARMEN MONTEFU ACOSTA,
as Personal Representative of the Estate of
MAYKEL ANTONIO BARRERA, deceased,

      Plaintiff,
v.

MIAMI-DADE COUNTY, *et al.*,

      Defendants.
_____/

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE
A REPLY TO DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFF'S
MOTION FOR RECONSIDERATION (D.E. 142)**

Pursuant to FED. R. CIV. P. 6 and Rule 7.1 of the Local Rules for the Southern District of Florida Plaintiff moves for an extension of time to file her reply to Defendants' Response in Opposition to Plaintiff's Motion for Reconsideration (D.E. 142). In support, Plaintiff states as follows:

1. Defendant filed a response in opposition to Plaintiff's Motion for Reconsideration (D.E. 142). The reply is due Tuesday, January 25, 2022.

2. Plaintiff's counsel had surgery on January 18, 2022. However, recovery was more difficult than expected.

3. Plaintiff's counsel is not yet back in the office. Therefore, Plaintiff respectfully request that this Court extend the time for Plaintiff to file her reply to Defendants' Response in Opposition to Plaintiff's Motion for Reconsideration (D.E. 142) until Tuesday, February 1, 2022.

4. This represents only a seven-day (7) day extension of time which under the circumstance demonstrating good cause is reasonable.

5. The motion is made in good faith and not for purposes of delay. The requested extension of time will neither prejudice any party or unduly delay the proceedings in this matter.

WHEREFORE, Plaintiff respectfully requests that this Court extend the deadline to file her reply to Defendants' Response in Opposition to Plaintiff's Motion for Reconsideration (D.E. 142 until Tuesday, February 1, 2022.

## CERTIFICATE OF GOOD FAITH

Counsel for the movant has attempted to confer with all parties who may be affected by the relief sought in this motion via email on January 24, 2022 at 1:57 p.m. in a good faith effort to resolve the issues raised in the motion and has been unable to do so.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on January 24, 2022 on all counsel or parties of record.

By: /s/ James Robertson
James S. Robertson
Attorneys for Plaintiff
GAEBE MULLEN ANTONELLI & DIMATTEO
420 South Dixie Highway, 3rd Floor
Coral Gables, FL  33146
drosa@gaebemullen.com
Phone: (305) 667-0223