UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-23241-CIV-CANNON

MARIA DEL CARMEN
MONTEFU ACOSTA,

    Plaintiff,

v.

MIAMI DADE COUNTY, et al.,

    Defendants.
_____/

## ORDER OF RECUSAL AND ORDER OF REASSIGNMENT

THE UNDERSIGNED MAGISTRATE JUDGE, to whom the above-styled case has been assigned, *see* ECF No. 196 (referring matter for any pretrial, non-dispositive matters but noting that "no motions are referred at this time" and that "all that remains in this case is trial"), hereby recuses himself based upon a review of the pending record and refers the matter to the Clerk of Court for reassignment pursuant to 28 U.S.C. § 455 and the Local Rules and Internal Operating Procedures of the Court.

DONE AND ORDERED this 19th day of March, 2025.

                                                                         _____
                                                                         EDUARDO I. SANCHEZ
                                                                         UNITED STATES MAGISTRATE JUDGE

In accordance with the Local Rules, Internal Operating Procedures, and applicable Administrative Orders for the Southern District of Florida, this cause will be reassigned by the Clerk's Office to the calendar of JUDGE EDWIN G. TORRES.

Copies of this order shall be served on all pending parties of record. All documents for filing in this case shall carry the following case number and designation:

16-CV-23241-CANNON/TORRES        .

BY ORDER OF COURT this 20th day of March, 2025, Miami, Florida.

                          ANGELA E. NOBLE
                          CLERK OF COURT

                By:   m.nicado
                        Deputy Clerk

cc:    The Honorable Aileen M. Cannon
        Counsel of Record