UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 16-23241-CIV-CANNON/Torres

MARIA DEL CARMEN MONTEFU ACOSTA,

       Plaintiff,

v.

JORGE FERRER, GIOVANNI RODRIGUEZ, ENRIQUE
NORIEGA, and MIGUEL MALDONADO,

       Defendants.

_____/

## VERDICT FORM

WE, THE JURY, return the following verdict:

1. Did any Defendant violate Maykel Barrera's constitutional right not to be subjected to excessive force?

    Answer Yes or No as to each Defendant:

| | |
|---|---|
| JORGE FERRER | NO |
| GIOVANNI RODRIGUEZ | NO |
| ENRIQUE NORIEGA, JR. | No |
| MIGUEL MALDONADO | NO |

If your answer to Question 1 is NO as to all Defendants, this ends your deliberations, and your foreperson should sign and date the last page of this verdict form.

If you answered YES to any Defendant(s) in Question 1, go to the next question as it pertains to that Defendant(s).

CASE NO. 16-23241-CIV-CANNON/Torres

2. Did any Defendant's excessive use of force cause Maykel Barrera's death?

Answer Yes or No as to each Defendant:

JORGE FERRER
GIOVANNI RODRIGUEZ
ENRIQUE NORIEGA, JR.
MIGUEL MALDONADO



If your answer to Question 2 is NO as to all Defendants, this ends your deliberations, and your foreperson should sign and date the last page of this verdict form.

If you answered YES to any Defendant(s) in Question 2, go to the next question and answer as to that Defendant(s).

3. Did any Defendant act in self-defense when they used force in detaining Maykel Barrera?

Answer Yes or No as to each Defendant:

JORGE FERRER
GIOVANNI RODRIGUEZ
ENRIQUE NORIEGA, JR.
MIGUEL MALDONADO



If you answered YES to any Defendant(s) in Question 3, this ends your deliberations as to that Defendant(s).

If you answered NO to any Defendant(s) in Question 3, go to the next question as it pertains to that Defendant(s).

CASE NO. 16-23241-CIV-CANNON/Torres

4. What is the amount of damages, if any, to be awarded to Plaintiff against any Defendant?

JORGE FERRER
GIOVANNI RODRIGUEZ
ENRIQUE NORIEGA, JR.
MIGUEL MALDONADO

**SO SAY WE ALL**

DATE: FEB 19, 2026

Foreperson's Signature

3