**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 16-23241-CIV-CANNON/Torres**

**MARIA DEL CARMEN MONTEFU ACOSTA,**

Plaintiff,

v.

**JORGE FERRER,**
**GIOVANNI RODRIGUEZ,**
**ENRIQUE NORIEGA,**
and **MIGUEL MALDONADO,**

Defendants.
_______________________________/

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND GRANTING MOTION TO TAX COSTS**

**THIS CAUSE** comes before the Court upon Defendants' Bill of Costs (the "Motion") [ECF No. 347]. Following referral, Magistrate Judge Torres issued a Report recommending that the Motion be granted and that Defendants recover $34,646.18 in taxable costs, plus applicable post-judgment interest [ECF No. 366]. Objections to the Report were due on or before **November 9, 2026** [ECF No. 366 pp. 4–5]. Neither party filed objections to the Report, and the time to do so has expired.

To challenge the findings and recommendations of a magistrate judge, a party must file specific written objections identifying the portions of the proposed findings and recommendation to which objection is made. *See* Fed. R. Civ. P. 72(b)(3); *Heath v. Jones*, 863 F.2d 815, 822 (11th Cir. 1989); *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). A district court reviews de novo those portions of the report to which objection is made and may accept, reject, or modify in whole or in part, the findings or recommendations made by the magistrate judge. 28 U.S.C.

§ 636(b)(1). To the extent a party fails to object to parts of the magistrate judge's report, the Court may accept the recommendation so long as there is no clear error of fact or law on the face of the record. *Macort*, 208 F. App'x at 784.

Following review, the Court finds no clear error of fact or law in the well-reasoned Report. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 366] is **ACCEPTED**.
2. Defendants' Bill of Costs [ECF No. 347] is **GRANTED**.
3. Defendants shall recover from Plaintiff $34,646.18 in taxable costs, plus applicable post-judgment interest from February 23, 2026, the date of the Final Judgment [ECF No. 331]. A cost judgment will be entered separately.

**ORDERED** in Chambers at Fort Pierce, Florida, this 23rd day of November 2026.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record